IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

**FILED**
AUG -4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ULLICO, INC.,<br>1625 Eye Street, NW<br>Washington, DC 20006<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM<br>~~BILLY~~ CASSTEVENS,<br>11244 Greenbriar Chase<br>Oklahoma City, OK 73170<br><br>Defendant. | CASE NUMBER   1:06CV01388<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 08/04/2006 |

**NOTICE OF REMOVAL**

Defendant, Billy Casstevens, by counsel, files this Notice of Removal of an action filed against this defendant in the Superior Court of the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia, pursuant to 28 USCA §1441, and as grounds therefor states:

1. The plaintiff, ULLICO, INC, has sued the defendant, Billy Casstevens (erroneously sued as William Casstevens) in a suit filed on or about June 26, 2006 in the Superior Court of the District of Columbia. That action was docketed in the Superior Court of the District of Columbia as Civil Action No. 0004928-06.

2. A copy of the Complaint and the Summons was received by Defendant on July 5, 2006.

3. The action is removable under 28 USCA §1441. The suit is of a civil nature and the amount in dispute between the Plaintiff and the Defendant exceeds the sum of $75,000, exclusive of interest and costs, as both Count I and Count II of the

Law Offices
HOGAN & HEALD
11130 Fairfax Boulevard
Suite 310
Fairfax, Virginia 22030
(703) 591-0003

1

Complaint filed in the Superior Court of the District of Columbia Plaintiff demand a judgment in an amount no less than $809,628.

4. As alleged in the Complaint filed in the Superior Court of the District of Columbia, the Plaintiff is a corporation formed under the laws of the State of Maryland with its principal place of business in the District of Columbia.

5. The Defendant, Billy Casstevens (erroneously sued as William Casstevens), is a resident of Oklahoma.

6. The Plaintiff being a citizen of the State of Maryland with its principal place of business in the District of Columbia, and the Defendant being a citizen of Oklahoma, complete diversity of citizenship exists.

7. Annexed hereto as Exhibit I are copies of all process, pleadings, papers and/or orders served upon Defendant in the suit pending in the Superior Court of the District of Columbia.

8. Defendant has given written notice of the filing of this Notice of Removal to the Plaintiff and has filed a copy of this Notice with the Clerk of the Superior Court of the District of Columbia.

WHEREFORE, Defendant prays that the action filed in the Superior Court of the District of Columbia be removed to the United States District Court for the District of Columbia, and that no further proceedings be had in the Superior Court of the District of Columbia.

Respectfully submitted,

HOGAN & HEALD

Law Offices
HOGAN & HEALD
11130 Fairfax Boulevard
Suite 310
Fairfax, Virginia 22030
(703) 591-0003

By: *[signature]*
Thomas M. Hogan, Esquire
DC Bar No. 104950
11130 Fairfax Blvd., Suite 310
Fairfax, VA 22030
(703) 591-0003
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the a copy of the foregoing Notice of Removal was mailed by first-class, pre-paid postage mail on this 4th day of ~~July~~ August 2006 to:

Anthony J. Trenga, Esquire
655 15th Street NW, Suite 900
Washington, DC 20005
*Attorney for Plaintiff*

*[signature]*
Thomas M. Hogan, Esquire

LAW OFFICES
HOGAN & HEALD
11130 FAIRFAX BOULEVARD
SUITE 310
FAIRFAX, VIRGINIA 22030

(703) 591-0003