UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

_____
ULLICO, INC.,                )
       Plaintiff,        )    CASE NUMBER: 1:06CV01388 (RJL)
   v.                        )    DECK TYPE: General Civil
                             )
WILLIAM CASSTEVENS,          )
       Defendant.        )
_____)

## SCHEDULING ORDER

Upon consideration of the report of the parties under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3(d), and consultation with the attorneys for the parties at the scheduling conference, the Court hereby orders the following pursuant to Federal Rule of Civil Procedure 16(b):

I.   DISCOVERY PLAN

The parties shall conduct this action according to the following schedule:

| Event | Months after this Order |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | ½ |
| Deadline to Join Parties or Amend Pleadings: | 1 |
| Fact Discovery Completed: | 5 |
| Rule 26(a)(2) Expert Disclosures: | 3 |
| Rule 26(a)(2)(C) Rebuttal Expert Disclosures: | 4 |
| Expert Discovery Completed: | 5 |
| Summary Judgment and *Daubert* Motions Filed: | 6 |
| Local Rule 16.5 Pretrial Statements Filed: | 7 ½ |
| Final Pretrial Conference: | _____ __, 2007 |
| Trial: | _____ __, 2007 |

The deadline for filing oppositions to summary judgment motions shall be fifteen days after summary judgment motions are due; the time for filing replies shall be ten days after the oppositions are due.

SO ORDERED.

Entered this __ Day of _____, 2006.

_____

**Error! Unknown document property name.**