UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., ) | |
|     Plaintiff, ) | CASE NUMBER: 1:06CV01388 (RJL) |
| v. ) | DECK TYPE: General Civil |
| ) | |
| WILLIAM CASSTEVENS, ) | |
|     Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.6(a), Anthony J. Trenga (DC Bar #218255), Brian A. Hill (DC Bar #456086), Kevin G. Mosley (DC Bar #488493), Victor Tabak (DC Bar #480333), and Matthew T. Reinhard (DC Bar #474941) of Miller & Chevalier Chartered hereby enter their appearance as attorneys for Plaintiff ULLICO Inc. in the above-captioned action.

Dated: November 8, 2006

                                          MILLER & CHEVALIER CHARTERED

                                          By      /s/ Brian A. Hill
                                                  Anthony J. Trenga (DC Bar #218255)
                                                  Brian A. Hill (DC Bar # 456086)
                                                  Victor Tabak (DC Bar # 480333)
                                                  Kevin G. Mosley (DC Bar # 488493)
                                                  Matthew T. Reinhard (DC Bar # 474941)
                                                  655 Fifteenth Street, N.W., Suite 900
                                                  Washington, DC  20005-5701
                                                  Tel. (202) 626-5800
                                                  Fax. (202) 628-0858
                                                  atrenga@milchev.com
                                                  Attorney of Record for ULLICO Inc.

657104.1