UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., )<br>      Plaintiff, )<br>v. )<br> )<br>WILLIAM CASSTEVENS, )<br>      Defendant. )<br> ) | CASE NUMBER:  1:06CV01388 (RJL)<br>DECK TYPE:  General Civil |

## ULLICO INC.'S CERTIFICATE DISCLOSING CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Plaintiff ULLICO Inc. respectfully submits the following Certificate Disclosing Corporate Affiliations and Financial Interests.

I, the undersigned, counsel of record for ULLICO Inc., certify that to the best of my knowledge and belief, no parent corporation or publicly traded corporation owns 10% or more of ULLICO Inc.'s stock, and the following are parent companies, subsidiaries or affiliates of ULLICO Inc. which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this Court may determine the need for recusal.

657089.1

2

Dated: November 8, 2006

            MILLER & CHEVALIER CHARTERED


       By   /s/ Brian A. Hill
          Anthony J. Trenga (DC Bar #218255)
          Brian A. Hill (DC Bar # 456086)
          Victor Tabak (DC Bar # 480333)
          Kevin G. Mosley (DC Bar # 488493)
          Matthew T. Reinhard (DC Bar # 474941)
          655 Fifteenth Street, N.W., Suite 900
          Washington, DC  20005-5701
          Tel. (202) 626-5800
          Fax. (202) 628-0858
          atrenga@milchev.com
          Attorney of Record for ULLICO Inc.