UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ULLICO, INC., | ) | |
|    Plaintiff, | ) | Civil Action No. 06-01388 (RJL/AK) |
| v. | ) | |
| WILLIAM CASSTEVENS, | ) | |
|    Defendant. | ) | |

## SCHEDULING ORDER

Upon consideration of the Joint Conference Report and Discovery Plan [4], it is this 27th day of November 2006, hereby

**ORDERED** that the parties will comply with the following schedule:

| Event | Months after this Order |
|---|---|
| Rule 26(a)(1) Initial Disclosures: | ½ |
| Deadline to Join Parties or Amend Pleadings: | 1 |
| Completion of Fact Discovery: | 5 |
| Rule 26(a)(2) Expert Disclosures: | 3 |
| Rule 26(a)(2)(C) Rebuttal Expert Disclosures: | 4 |
| Completion of Expert Discovery: | 5 |
| Summary Judgment and *Daubert* Motions Due: | 6 |
| Local Rule 16.5 Pretrial Statements Due: | 7 and ½ |

The deadline for filing oppositions to summary judgment motions shall be fifteen days after the motions are due; the time for filing replies shall be ten days after the oppositions are due. The Pretrial Conference and Trial dates will be set by the trial court.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE