UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., <br>       Plaintiff, <br> v. <br><br> WILLIAM CASSTEVENS, <br>       Defendant. | CASE NUMBER: 1:06CV01388 (RJL) <br> DECK TYPE: General Civil |

## ULLICO'S INITIAL DISCLOSURES

Plaintiff ULLICO Inc. ("ULLICO"), by counsel, hereby submits the following Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1).

Discovery in this matter is ongoing, and ULLICO reserves the right to supplement these disclosures according to Fed. R. Civ. P. 26(e).

**I.  Disclosures Pursuant to Fed. R. Civ. P.26(a)(1)(A)**

    **A.  Current Employees of ULLICO**

Current ULLICO employees may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. These individuals may only be contacted through ULLICO's counsel. Individuals that ULLICO may use to support its claims include, at this time and subject to supplementation, the following:

    1.    Benjamin, Marcelle
           ULLICO Inc.
           1625 Eye Street, N.W.
           Washington, DC 20006

663471.1

2. Linehan, Joseph
   ULLICO Inc.
   1625 Eye Street, NW
   Washington, DC 20006

3. Noel, Jim
   ULLICO Inc.
   1625 Eye Street, N.W.
   Washington, DC 20006

4. Paul, James M.
   ULLICO Inc.
   1625 Eye Street, N.W.
   Washington, DC 20006

5. Singleton, Mark
   ULLICO Inc.
   1625 Eye Street, NW
   Washington, DC 20006

6. Valentine, Teresa
   ULLICO Inc.
   1625 Eye Street, N.W.
   Washington, DC 20006

B. **Former Employees of ULLICO**

Former ULLICO employees may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

7. Carabillo, Joseph A.
   1543 Beahm Town Road
   P.O. Box 43
   Culpeper, VA 22701

8. Gentleman, John
   8461 Glenfinnan Circle
   Fort Meyers, FL 33912

    9.    Green, Ted
Advisor to the General President
Laborers International Union of North America
905 16th Street, N.W.
Washington, DC 20006

    10.    Grelle, John K.
2556 Bridge Hill Lane
Oakton, VA 22124

    11.    Luce, James W.
10712 Milkweed Drive
Great Falls, VA 22066

    12.    Patrick M. Montgomery
11808 Wayland Street
Oakton, VA 22124

### C. ULLICO Inc.'s Current Directors

Current members of ULLICO Inc.'s Board of Directors may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. These individuals may only be contacted through ULLICO's counsel. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

    13.    O'Sullivan, Terence
Laborers International Union of North America
905 16th Street, N.W.
Washington, DC 20006

    14.    Sombrotto, Vincent
24 Sound View Drive
Port Washington, NY 11050

663471.1

**D.     ULLICO Inc.'s Former Directors**

Former members of ULLICO Inc.'s Board of Directors may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

15. Bahr, Morton
    Communications Workers of America
    501 3rd Street, N.W.
    Washington, DC 20001

16. Barry, John J.
    c/o IBEW
    1125 15th St., NW
    Washington, DC 20005

17. Bernard, William
    10912 Cripplegate Road
    Potomac, MD 20854

18. Boede, Marvin
    22 Infield Court
    Falls Meade
    Rockville, MD 20854

19.
    Brown, Kenneth
    Charlottesville, VA

20. Georgine, Robert
    9700 Lake Isleworth Court
    Windemere, FL 34786

21. Casstevens, Billy J.
    11244 Greenbriar Chase
    Oklahoma City, OK 73170

22. Chavez-Thompson, Linda
    AFL-CIO
    815 16th Street, N.W.
    Washington, DC 20006

23. Coia, Arthur
    c/o Laborers' International Union of North America
    905 16th Street, NW
    Washington, DC 20006

24. Freeman, Kurt
    Graphic Communications International Union
    1310-28 East Sedgley Avenue
    Philadelphia, PA 19134

25. Hanley, Frank
    c/o International Union of Operating Engineers
    1125 Seventeenth St., N.W.
    Washington, DC 20036

26. Hurt, Frank
    International President
    Bakery, Confectionery, Tobacco Workers & Grain Millers
    International Union
    10410 Connecticut Ave.
    Kensington, MD 20895

27. Kruse, Earl
    c/o United Union of Roofers, Waterproofers and Allied Workers
    1660 L Street, Suite 800
    Washington, DC 20036

28. LaSala, James
    c/o Amalgamated Transit Union
    5025 Wisconsin Ave., NW
    3rd Floor
    Washington, DC 20006

29. Maddaloni, Martin
    3160 Denfield Place
    Philadelphia, PA 19145

663471.1

30. Maloney, Joseph
    c/o Building and Construction Trades Dept.
    AFL-CIO
    815 16th Street, N.W. 4th Floor
    Washington, DC 20005

31. McCarron, Douglas
    President
    United Brotherhood of Carpenters and Joiners of America
    101 Constitution Avenue, N.W.
    Washington, DC 20001

32. McNulty, James
    10002 High Hills Place
    Grace Falls, VA 22066

33. Mikva, Abner
    Visiting Law Professor
    University of Chicago Law School
    1111 East 60th Street
    Chicago, IL 60637

34. Norton, James J.
    12753 Dara Drive, Apt. 202
    Woodbridge, VA 22192

35. Rankin, James
    c/o Glass, Molders, Pottery Plastics & Allied Workers
    International Union
    608 East Baltimore Pike
    Media, Penn. 10963

36. Sweeney, John
    AFL-CIO
    815 16th Street, N.W.
    Washington, DC 20006

37. Steed, Michael
    4100 Rosemary St.
    Chevy Chase, MD 20815

38. Upshaw, Eugene
    Federation of Professional Athletes
    2021 L Street, N.W., 6th Floor
    Washington, DC 20036

663471.1

     39.    West, Jake
                601 Avenida Granada
                Palm Springs, CA 92264

     40.    Wilhelm, John W.
                President, Hospitality Industry
                Unite Here
                1775 K Street, N.W., Suite 620
                Washington, DC 20006

### E.    Arnold & Porter

Current and former members, partners, associates, agents and employees of Arnold & Porter may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

     41.    Baltz, Richard E.
                Arnold & Porter
                555 Twelfth Street, N.W.
                Washington, DC 20004

     42.    Bintz, Edward
                Arnold & Porter
                555 Twelfth Street, N.W.
                Washington, DC 20006

     43.    Lyons, Dennis
                Arnold & Porter
                555 Twelfth Street, N.W.
                Washington, DC 20004

     44.    Smith, Carey
                Arnold & Porter
                555 Twelfth Street, N.W.
                Washington, DC 20004

F.  **Credit Suisse First Boston**

Current and former members, partners, associates, agents and employees of Credit Suisse First Boston Corporation may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

45.  Brown, Paul W.
     Credit Suisse First Boston Corp.
     Eleven Madison Avenue
     New York, NY 10010

46.  Egan, William
     Merrill Lynch
     320 Central Park W
     New York, NY 10025

47.  Plutzik, Jonathan
     Credit Suisse First Boston Corp.
     Eleven Madison Avenue
     New York, NY 10010

G.  **LeBeouf, Lamb, Green & MacRae LLP**

Current and former members, partners, associates, agents and employees of LeBeouf, Lamb, Green & MacRae LLP may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

48.  Beck, Douglas
     Janus Capital Mgt. LLC
     Denver, Colorado

    49.    Calderelli, Paul
            Bank of America Corporate Center
            100 North Tryon Street
            NC1-007-20-01
            Charlotte, NC 28255

### H. PricewaterhouseCoopers LLP

Current and former members, partners, associates, agents and employees of PricewaterhouseCoopers LLP may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

    50.    Stephani, Gary
            PricewaterhouseCoopers LLP
            1301 K Street NW, Suite 800W
            Washington, DC 20005-3333

### I. Senate Employees

Employees of the United States Senate may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

    51.    Foster, Jason A.
            c/o Senator Chuck Grassley
            135 Hart Senate Building
            Washington, DC 20510

    52.    Kass, David A.
Chief Investigative Counsel
U.S. Senate Committee on Governmental Affairs
340 Dirksen Senate Office Building
Washington, DC 20510

### I. Winston & Strawn

Current and former members, partners, associates, agents and employees of Winston & Strawn may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

    53.    Broas, Timothy M.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

    54.    Klein, Charles B.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

    55.    Ninivaggi, Daniel A.
Lear Corporation (Legal)
21557 Telegraph Rd.
P.O. Box 5008
Southfield, Mich. 40834

    56.    Senderowitz, Stephen J.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

    57.    Tarun, Robert W.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606

    58.    Thompson, Governor James R.
            Winston & Strawn
            35 West Wacker Drive
            Chicago, IL 60601

**J.    Other**

Other individuals or organizations may possess information relating to claims for breach of fiduciary duty, aiding and abetting breaches of fiduciary duty, unjust enrichment, and rescission. Individuals that ULLICO may use to support its claims or defenses include, at this time and subject to supplementation, the following:

    59.    Amling, Scott
            ASB Capital Management Inc.
            1101 Pennsylvania Ave., NW
            Washington, DC 20004

    60.    Peter C. Aylward
            Strategic Property Advisers, Inc.
            3250 Vista Diego Road
            Jamul, California 91935

    61.    Collins, Terry
            Columbia Asset Managers -or-
            Columbia Partners LLC
            1775 Pennsylvania Ave., NW
            Suite 10
            Washington, DC 20006

    62.    Douglas, Andrew
            CIO GCIU Local #14-M Health & Welfare Fund
            1310-28 East Sedgley Avenue
            Philadelphia PA 19134

    63.    Heimbigner, Stanley R.
            Bakery, Confectionery, Tobacco Workers & Grain Millers
            120 W. Mission Avenue
            Spokane, Washington 99201

663471.1

64. Marshall, John
    Graphic Communications International Union
    1900 L Street, NW
    Washington, DC 20036

65. Sargent, Mark A.
    Villanova University School of Law
    299 North Spring Mill Road
    Villanova, Penn. 19085-1597

66. Silvers, Damon
    AFL-CIO
    815 16th Street, N.W.
    Washington, DC 20006

67. All potential witnesses identified in defendant Billy Casstevens' fact witness list.

## II.    Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(B)

In accordance with Rule 26(b)(5), ULLICO objects to disclosure or production of documents and materials that may constitute attorney work product or privileged attorney-client communications. Subject to and without waiving the foregoing objection, ULLICO presents the following description, by category and location, of non-privileged documents, data compilations and tangible things in the possession, custody, or control of ULLICO, that ULLICO presently anticipates it may use to support its claims:

### A.    Categories

Contracts, correspondence, notes, invoices, shipping orders, purchase orders, payment records, drafts, drawings, calculations, schedules, cost analysis, electronic mail ("e-mail") (in both electronic and printed form), voicemail, facsimiles (in both electronic and printed form), lists, check requests, canceled checks, wire transfer authorizations and receipts, government reports, meeting minutes, viewgraphs, memoranda, diaries, journals, notepads, telephone call

slips, articles, brochures, manuals, summaries, reports, computerized data printouts, photographs, data compilations, UCC filings, and tangible things.

### B. Location

The documents, data compilations and tangible things are, to the best of ULLICO's present knowledge and belief, located at ULLICO's facilities in the Washington DC area or in the possession, custody, or control of its directors, officers, agents, employees, consultants, representatives and attorneys.

### III. Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(C)

ULLICO presently claims the following categories of damages:

- Casstevens' own profits from stock transactions with ULLICO plus pre-judgment interest in an amount to be determined at trial. The principal of this amount is presently believed to be at least $809,628.

ULLICO will make available for inspection and copying at a time and place mutually agreeable to all parties the documents or other evidentiary material, not privileged or protected from disclosure, on which such computations are based, including materials bearing on the nature and extent of injuries suffered.

### IV. Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(D)

To the best of ULLICO's knowledge, no insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment is available in this case.

663471.1

Dated: December 12, 2006

                          MILLER & CHEVALIER CHARTERED

By       /s/ Victor Tabak
           Anthony J. Trenga (DC Bar #218255)
           Brian A. Hill (DC Bar #
           Victor Tabak (DC Bar # 480333)
           Matthew T. Reinhard (DC Bar # 474941)
           655 Fifteenth Street, N.W., Suite 900
           Washington, DC 20005-5701
           Tel. (202) 626-5800
           Fax. (202) 628-0858
           atrenga@milchev.com
           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2006, a true and accurate copy of the foregoing was electronically filed and served via Electronic Case Filing in this case.

_____/s/ Victor Tabak_____
Victor Tabak

663471.1