IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| ULLICO, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1:06CV01388 (RJL) |
| BILLY CASSTEVENS, | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S INITIAL DISCLOSURES

Defendant, Billy Casstevens (erroneously sued as William Casstevens), by counsel, hereby submits the following Initial Disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1):

**I.     Disclosures pursuant to Fed.R.Civ.P. 26(a)(1)(A):**

In addition to all the individuals identified by Plaintiff, Defendant can identify the following persons at this time who are likely to have discoverable information that Defendant may use to support his defenses:

1. Daniel H. Mintz
2. Roy Wyse, 608 South Thornton, Richmond, MO 64085
3. John T. Joyce
4. Lenore Miller, 12 Garden Road, Little Silver, N.J. 07739

All of the above individuals were members of the Board of Directors of Plaintiff during all or part of the time periods set forth in the Complaint.

5. James J. Hanks, Jr., Venable LLP, 2 Hopkins Plaza, Suite 1800, Baltimore, MD 21201

Mr. Hanks may possess information relating to plaintiff's claims of alleged breaches of fiduciary duties and Defendant's defenses thereto.

    6. Lou Ellen Casstevens, 11244 Greenbriar Chase, Oklahoma City, OK 73170

Mrs. Casstevens may possess information relating to Defendant's defenses to all of plaintiff's claims.

**II.    Disclosures pursuant to Fed.R.Civ.P. 26(a)(1)(B)**

In addition to the Categories of documents and things described in Plaintiff's Disclosure, Defendant can only describe at this time the following types of records and documents, all of which are believed to be in Plaintiff's possession:

    Articles of Incorporation of ULLICO Inc.

    By-Laws of ULLICO Inc.

    Pleadings and depositions in other lawsuits filed by or against ULLICO Inc.

**III.    Disclosure pursuant to Fed.R.Civ.P. 26(a)(1)(D)**

ULLICO Inc.'s insurance policy no. 495-36-84 from National Union Fire Insurance Company of Pittsburgh, PA may be liable to satisfy all or part of a judgment which may be entered against Defendant in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

HOGAN & HEALD

By: _____
Thomas M. Hogan, Esquire
DC Bar No. 104950
11130 Fairfax Blvd., Suite 310
Fairfax, VA 22030
(703) 591-0003
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the a copy of the foregoing was faxed to Victor Tabak, Esquire, attorney for Plaintiff, on January 8, 2007, and electronically filed and served on this 9th day of January, 2007.

_____
Thomas M. Hogan, Esquire