UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., )<br>        Plaintiff, )<br>v. )<br>)<br>WILLIAM CASSTEVENS, )<br>        Defendant. )<br>) | CASE NUMBER:  1:06CV01388 (RJL)<br>DECK TYPE:  General Civil |

**ORDER**

Upon consideration of Plaintiff ULLICO Inc.'s Motion to Compel Responses to Its First Interrogatories and Its First Request for Production of Documents and Things to Defendant Billy Casstevens (the "Motion to Compel"), any opposition thereto, and any replies thereto, and for good cause shown, it is hereby:

ORDERED that Plaintiff ULLICO Inc.'s Motion to Compel Responses to Its First Interrogatories and Its First Request for Production of Documents and Things to Defendant Billy Casstevens, dated February 12, 2007, is hereby GRANTED; and it is

FURTHER ORDERED that pursuant to Federal Rules of Civil Procedure 33 and 34 Defendant Billy Casstevens shall respond without objection to each of Plaintiff ULLICO Inc.'s First Interrogatories to Defendant Billy Casstevens and to each of Plaintiff ULLICO Inc.'s First Request for the Production of Documents and Things to Defendant Billy Casstevens, within ten days of the entry of this Order; and it is

FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 37 Plaintiff ULLICO Inc. is entitled to sanctions in the form of ULLICO Inc.'s reasonable fees and expenses, including attorneys' fees, incurred in bringing its Motion to Compel; and it is

688945.3

FURTHER ORDERED that Plaintiff ULLICO Inc. shall submit a summary of its fees and expenses incurred in bringing its Motion to Compel within ten days of the entry of this Order.

DATED:

_____