UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., ) | |
|     Plaintiff, ) | CASE NUMBER: 1:06CV01388 (RJL) |
| v. ) | DECK TYPE: General Civil |
| ) | |
| WILLIAM CASSTEVENS, ) | |
|     Defendant. ) | |

**STIPULATION REGARDING ULLICO'S PENDING MOTION TO
COMPEL [DKT. #11] AND DISCOVERY ISSUES**

Pursuant to Federal Rule of Civil Procedure 29, Plaintiff ULLICO Inc. ("ULLICO") and Defendant Billy Casstevens ("Casstevens") hereby stipulate as follows:

1. ULLICO hereby withdraws its currently pending Motion to Compel Responses to Its First Interrogatories (the "First Interrogatories") and Its First Request for Production of Documents and Things (the "First Request for Production") to Defendant Billy Casstevens [Dkt. #11], without prejudice.

2. Casstevens shall provide responses to ULLICO's First Interrogatories and First Request for Production by no later than Monday, March 12, 2007.

3. Casstevens shall appear at his own expense in Washington, D.C. at the offices of Miller & Chevalier Chartered, 655 Fifteenth Street, N.W., Suite 900, Washington, D.C. 20005 for a deposition upon oral examination pursuant to Federal Rule of Civil Procedure 30. Casstevens agrees to make himself available for a deposition upon oral examination in Washington, D.C. at the offices of Miller & Chevalier Chartered on one of the following days: March 27 - 30, 2007, or April 3, 2007, with the precise date of the deposition to be determined by ULLICO.

690876.3

4. Casstevens hereby agrees that if he intends to call his wife to testify to any matter other than verifying that all ULLICO stock purchased by Defendant Billy Casstevens was purchased jointly in both his and Lou Ellen Casstevens' name, and that all ULLICO stock sold by Defendant Billy Casstevens was sold jointly in both his and Lou Ellen Casstevens' name, that Mrs. Casstevens shall appear at her own expense in Washington, D.C. at the offices of Miller & Chevalier Chartered, 655 Fifteenth Street, N.W., Suite 900, Washington, D.C. 20005 for a deposition upon oral examination pursuant to Federal Rule of Civil Procedure 30.  Subject to the aforementioned conditions in this paragraph for the deposition of Mrs. Casstevens, Casstevens hereby agrees to provide ULLICO with a list of at least five days for which Mrs. Casstevens is available to be deposed in March or April of 2007 by no later than March 12, 2007.

5. Casstevens and ULLICO (the "Parties") hereby agree to extend by one week the deadline to produce Rule 26(a)(2) Expert Disclosures and Rule 26(a)(2)(C) Rebuttal Expert Disclosures.  The Parties agree that Rule 26(a)(2) Expert Disclosures shall be due March 6, 2007 and Rule 26(a)(2)(C) Rebuttal Expert Disclosures shall be due April 3, 2007.

6. The Parties agree that no other deadlines specified in the Court's November 27, 2006 Scheduling Order shall be modified at this time.

Dated: February 27, 2007

                        MILLER & CHEVALIER CHARTERED

By     /s/ Victor Tabak
      Anthony J. Trenga (DC Bar #218255)
      Brian A. Hill (DC Bar # 456086)
      Victor Tabak (DC Bar # 480333)
      Matthew T. Reinhard (DC Bar # 474941)
      655 Fifteenth Street, N.W., Suite 900
      Washington, DC 20005-5701
      Tel. (202) 626-5800
      Fax. (202) 628-0858
      atrenga@milchev.com
      Attorneys for Plaintiff

HOGAN & HEALD

By     /s/ Thomas M. Hogan
      Thomas M. Hogan (DC Bar # 104950)
      11130 Main Street
      Suite 310
      Fairfax, VA 22030
      Tel. (703) 591-0003
      Fax. (703) 591-4114

It is SO ORDERED _____

690876.3