UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., )<br>        Plaintiff, )<br>v. )<br>)<br>WILLIAM CASSTEVENS, )<br>        Defendant. )<br>) | CASE NUMBER: 1:06CV01388 (RJL)<br>DECK TYPE: General Civil |

**PLAINTIFF ULLICO INC.'S NOTICE OF EXHIBIT TO BE FILED UNDER SEAL IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that, pursuant to the Court's Minute Order of March 29, 2007 granting the above-captioned parties' Joint Motion for Protective Order Regarding Confidentiality of Discovery Material in the above-captioned matter, Plaintiff ULLICO Inc. ("ULLICO") is filing under seal Exhibit #8 to its Motion for Partial Summary Judgment against defendant Billy Casstevens, and will hand-deliver copies of said exhibit to the Clerk's office in accordance with Local Rule 5.1(j).

765347.1

Dated: May 29, 2007

                        MILLER & CHEVALIER CHARTERED

              By      /s/ Victor Tabak
                      Anthony J. Trenga (DC Bar #218255)
                      Brian A. Hill (DC Bar # 456086)
                      Victor Tabak (DC Bar # 480333)
                      Matthew T. Reinhard (DC Bar # 474941)
                      655 Fifteenth Street, N.W., Suite 900
                      Washington, DC  20005-5701
                      Tel. (202) 626-5800
                      Fax. (202) 628-0858
                      atrenga@milchev.com
                      Attorneys for Plaintiff