IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:06CV01388 (RJL) |
| ) | |
| BILLY CASSTEVENS, ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION**

Plaintiff, ULLICO, Inc., and Defendant, Billy Casstevens, by their respective undersigned counsel, hereby stipulate to the following extensions of time, if approved by the Court:

June 22, 2007    Due date for Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment

July 11, 1007    Due date for Plaintiff's Reply to Defendant's Opposition


Respectfully requested,

MILLER & CHEVALIER CHARTERED                HOGAN & HEALD

By:    /s/ Victor Tabak                      By:    /s/ Thomas M. Hogan
      655 Fifteenth Street, NW, Suite 900              11130 Fairfax Blvd., Suite 310
      Washington, DC 20005-5701                         Fairfax, VA 22030
      202-626-5800                                      703-591-0003
      202-628-0858 – fax                                703-591-4114 – fax
      DC Bar # 480333                                   DC Bar # 104950
      Attorney for Plaintiff                            Attorney for Defendant


APPROVED:    _____
                                   Judge