ULLICO Inc.
111 Massachusetts Avenue, N.W.
Washington, D.C. 20001

## Notice of Annual Meeting of Stockholders to be held May 18, 1999

As a Stockholder, you are cordially invited to attend the Annual Meeting of Stockholders of ULLICO Inc., on Tuesday, May 18, 1999 at 3:00 p.m. at The Washington Court Hotel, 525 New Jersey Avenue, N.W., Washington, D.C.

This meeting will elect directors, select independent accountants for the calendar year 1999, and transact such other business as may properly come before the meeting. The record date for determination of Stockholders entitled to notice of and to vote at the meeting and at any adjournment or adjournments thereof is the close of business May 7, 1999. The stock transfer books will not be closed.

Each Stockholder is requested to sign the proxy on the accompanying form and promptly mail it to the Company in the enclosed envelope. Any Stockholder present at the meeting may vote personally on all matters brought before the meeting and in that event, this proxy will become void.

Prompt attention by Stockholders to this request will reduce the expense incident to the solicitation of proxies and greatly assist in the preparation for this meeting.

You are also cordially invited to attend a reception for Stockholders which will take place immediately following the Annual Meeting.

The favor of a reply, on the enclosed card, is requested so that the appropriate reservations may be made.

*Robert A. Georgine*
Robert A. Georgine
Chairman, President, and
Chief Executive Officer

Washington, D.C.
April 16, 1999

DEFENDANT'S EXHIBIT G

## PROXY STATEMENT

This proxy statement is sent to the Stockholders in connection with the Annual Meeting to be held on May 18, 1999, and any adjournment or adjournments thereof.

There are outstanding and entitled to be voted at the meeting, 316,633 2/3 shares of Capital Stock, and 7,987,549 shares of Class A Stock. Each share is entitled to one vote. Any Stockholder giving a proxy has the power to revoke it at any time prior to the effective exercise thereof.

Holders of Capital Stock and Class A Stock at the close of business May 7, 1999, will be entitled to vote at the meeting and at any adjournment or adjournments thereof, in accordance with Company by-laws.

## ANNUAL REPORT TO STOCKHOLDERS

The financial statements of the Company for the fiscal year ended December 31, 1998 are enclosed herewith. The complete Annual Report with comparative financial statements and exhibits will be presented and distributed at the Annual Meeting of Stockholders on May 18, 1999. Copies of such Annual Report with comparative financial statements and exhibits will be subsequently mailed to all Stockholders.

## SELECTION OF INDEPENDENT ACCOUNTANTS

The Company recommends confirmation of PricewaterhouseCoopers, independent accountants, to audit the books and accounts of the Company for the current calendar year ending December 31, 1999.

## ELECTION OF DIRECTORS

The shares represented by the proxies will be voted for the election of the nominees listed below as directors to hold office for the indicated period of years and until their respective successors are elected and qualified. If any such nominees shall be unable to serve, which is not now contemplated, the holders of the proxies may vote for a substitute nominee. The matter of nominations and elections to fill any vacancies which may occur prior to or at the Stockholders Meeting May 18, 1999 will be decided at the Stockholders Meeting on that date.

### INFORMATION CONCERNING NOMINEES FOR ELECTION AS DIRECTORS FOR A TERM OF THREE YEARS TO EXPIRE IN 2002

| Name | Principal Occupation or Employment | Director Since | Voting Stock of Company Owned on Dec. 31, 1998 |
|---|---|---|---|
| *Morton Bahr | President, Communications Workers of America | 1996 | 300 |
| *William G. Bernard | President, International Association of Heat and Frost Insulators and Asbestos Workers | 1996 | 10,164 |
| *Marvin J. Boede | Former President, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada | 1983 | 2,292 |
| *Kenneth J. Brown | Former President, Graphic Communications International Union | 1973 | 292 |
| *Bill J. Casstevens | Former Secretary-Treasurer, United Automobile Aerospace, and Agricultural Implement Workers of America International Union | 1994 | 5,642 |
| *Arthur A. Coia | President, Laborers' International Union of North America | 1993 | 0 |
| *Earl Kruse | President, United Union of Roofers, Waterproofers and Allied Workers | | 0 |
| *James La Sala | President, Amalgamated Transit Union | 1985 | 1,352 |
| *Douglas J. McCarron | General President, United Brotherhood of Carpenters and Joiners of America | 1996 | 2,000 |
| *Eugene Upshaw | President, Federation of Professional Athletes | 1987 | 1,000 |
| *Jacob F. West | President, International Association of Bridge, Structural and Ornamental Iron Workers | 1990 | 5,250 |

## INFORMATION CONCERNING DIRECTORS WHO WILL CONTINUE IN OFFICE AFTER THE MEETING

| Name | Term Expires | Principal Occupation or Employment | Director Since | Voting Stock of Company Owned on Dec. 31, 1995 |
|---|---|---|---|---|
| *John J. Barry | 2000 | President, International Brotherhood of Electrical Workers | 1987 | 2,165 |
| *Morris Biller | 2000 | President, American Postal Workers Union | 1987 | 5,087 |
| John E. Cullerton | 2001 | Consultant | 1995 | 2,000 |
| John F. Gentleman | 2000 | Former President, ULLICO Inc. | 1992 | 1,347 |
| *Robert A. Georgine | 2000 | Chairman, President, and Chief Executive Officer, ULLICO Inc.; President, Building and Construction Trades Department, American Federation of Labor and Congress of Industrial Organizations | 1981 | 8,868 |
| *Frank Hanley | 2001 | President, International Union of Operating Engineers | 1990 | 104 |
| *Frank D. Hurt | 2001 | President, Bakery, Confectionery and Tobacco Workers International Union | 1995 | 110 |
| *John T. Joyce | 2000 | President, International Union of Bricklayers and Allied Craftworkers | 1981 | 281 |
| *Martin J. Maddaloni | 2000 | General President, United Association of Journeymen and Apprentices of the Plumbers and Pipe Fitting Industry of the U.S. and Canada | 1998 | 2,000 |
| *Joseph F. Maloney | 2001 | Former Secretary-Treasurer, Building and Construction Trades Department, American Federation of Labor and Congress of Industrial Organizations | 1995 | 2,212 |
| James F.M. McNulty | 2001 | General Counsel, The Union Labor Life Insurance Company | 1968 | 2,300 |
| *Lenore Miller | 2001 | Former President, Retail, Wholesale and Department Store Union | 1987 | 42 |
| *James J. Norton | 2000 | President, Graphic Communications International Union | 1987 | 220 |
| *Vincent R. Sombrotto | 2001 | President, National Association of Letter Carriers | 1995 | 0 |
| *John J. Sweeney | 2001 | President, American Federation of Labor and Congress of Industrial Organizations | 1985 | 605 |
| *William H. Wynn | 2001 | President Emeritus, United Food and Commercial Workers International Union | 1978 | 2,892 |
| *Roy Wyse | 2000 | Former Secretary-Treasurer, United, Automobile Aerospace and Agricultural Implement Workers of America International Union | 1997 | 0 |

*Director-member of trade unions. All others are public directors, officers, or former officers of the Company.

## INFORMATION CONCERNING SOLICITATION

The solicitation of proxies is being made on behalf of the management. Proxies will be solicited by mail, telephone, and other means of communication. Solicitations will be made by directors, officers, and regular employees of the Company. The entire cost of the solicitation will be borne by the Company.

By order of the Board of Directors

*Robert A. Georgine*

ROBERT A. GEORGINE
Chairman, President, and
Chief Executive Officer

Washington, D.C.
April 16, 1999



MEETING OF THE EXECUTIVE COMMITTEE
OF
ULLICO Inc.
Held May 17, 1999
At 111 Massachusetts Avenue, N.W.
Washington, D.C.
2:00 P.M.

ATTENDEES:
John J. Barry
Marvin Boede
Kenneth J. Brown
Bill J. Casstevens
John E. Cullerton
John F. Gentleman
Robert A. Georgine

Frank Hanley
Joseph F. Maloney
Douglas J. McCarron
James F. M. McNulty
James J. Norton
William H. Wynn
Jacob F. West

ABSENT:
Arthur A. Coia

John J. Joyce

OTHERS IN ATTENDANCE:
Joseph A. Carabillo
John K. Grelle
James W. Luce

Mark A. Maloney
Michael R. Steed

Chairman Georgine called the meeting to order and noted that Messrs. Coia and Joyce were unable to attend.

As of December 31, 1998, the Company had 316.633 2/3 shares of Capital Stock issued and outstanding. This reflected 17,728 shares of our Capital Stock which were available for repurchase.

As of December 31, 1998, a total of 7,987.549 shares of Class A Stock and a total of 133,280 shares of Class B Stock were issued and outstanding. This reflected 149,693 shares of Class A Stock that were repurchased through the repurchase program during December 1998, and, therefore, 1,092,073 were available for repurchase.

The Minutes of the February 13, 1999, Meeting of the Executive Committee were distributed with the Preliminary Agenda. Hearing no changes or modifications, it was

RESOLVED: "That the Minutes of the Executive Committee Meeting of February 13, 1999, as distributed with the Agenda for this meeting, be and hereby are approved."

Motion was made, seconded, and approved.

Next the Chairman discussed the decision to authorize a stock repurchase again for 1999. He commented that this decision was not without substantial discussion since Management is not recommending any cash dividend this year. However, the Corporation has been successful in its recapitalization, begun in 1992, and has secured over $230,000,000 in new equity investments. The Executive Committee, at its meeting on May 5, 1997, approved a repurchase program for all current and future holders of Class A, Class B, and Preferred Certificates. The repurchase program commenced in December 1997 and the Company offered to repurchase $30 million from its investors. On May 5, 1997, the Committee also authorized that in the next ten subsequent years, 1998 to 2007, the Corporation will make available from its operating cash flow, up to $15 million per year for repurchase on the same terms and conditions, based on book value based on the audited financials for year end of the immediately preceding calendar year.

In the event that the subscription requests exceed the $15 million available during 1998 and in the subsequent years, the Corporation will repurchase the stock based on a pro rata calculation. Said repurchase program will be based on book value of the stock as determined from the Corporation's Audited Financial Statement as of December 31, of each proceeding year. Book value



DEFENDANT'S EXHIBIT H

end and dividing that number into "Total Stockholders Equity". The book value, estimated at December 31, 1998, was $53.94. Therefore, it was

RESOLVED: "That in 1999, the Corporation on October 1st, or as soon thereafter as is practical and in conformance with law and regulation, will offer to repurchase $15,000,000 worth of equity from all holders of Class A and Class B stock with the repurchase to be effective on November 1st, or as soon thereafter as is practical and in conformity with law and regulation." And, be it

FURTHER RESOLVED: "That said repurchase program will be in conformity with the Term Sheet which is attached and made part of this resolution and which will be included in its entirety with the minutes of this meeting (See Tab E)." And, be it

FURTHER RESOLVED: "That the repurchase program will be based on "Book Value". The Book Value will be determined at each repurchase date based on the 1998 year end audited financials of ULLICO Inc. The calculation shall be accomplished by taking the "Total of Stockholders Equity" as shown on the financial statement and dividing it by the total number of shares outstanding of Class A, Class B, and Capital Stock." And, be it

FURTHER RESOLVED: "In the event that subscriptions for repurchase exceed the dollar amount available in 1999, the Corporation shall determine a pro rata allocation among all requesting stockholders and allocate the dollars available among the stockholders requesting repurchase." And, be it

FURTHER RESOLVED: "That the appropriate officers and employees of the Corporation shall be, and each of them hereby is, authorized, directed and empowered to, on behalf of the Corporation, acknowledge, execute and deliver any and all such actions or documents, which may be necessary or desirable to effectuate the foregoing resolutions, and their acts and deeds in so doing shall be conclusively presumed to be the acts and deeds of the Corporation."

Motion was made, seconded, and approved.

The Chairman noted that this concluded the action items on the agenda and called for an Executive Session. He delivered his report (a copy of which is included as an addendum to these minutes) during the Executive Session.

The Meeting was then adjourned and the Chairman was authorized to select the time and place of the next meeting.

_____
Joseph A. Carabillo,
Assistant Secretary

Attachments

JW 00351

MEETING OF THE BOARD OF DIRECTORS
OF
ULLICO Inc.

May 18, 1999
The Washington Court Hotel
Washington, D.C.

ATTENDEES:

DIRECTORS:

John J. Barry
William G. Bernard
Marvin Boede
Kenneth J. Brown
Bill Casstevens
John E. Cullerton
John F. Gentleman
Robert A. Georgine
Frank Hanley
James La Sala

Martin J. Maddaloni
Joseph F. Maloney
Douglas J. McCarron
James F. M. McNulty
James J. Norton
Vincent R. Sombrotto
Eugene Upshaw
Jacob F. West
William H. Wynn

OFFICERS:

John R. Aprill
Joseph A. Carabillo
John K. Grelle

James W. Luce
Mark A. Maloney
Michael R. Steed

OTHERS:

Bill Egan

    Chairman Georgine called the meeting to order and advised the Directors that Messrs. Bahr, Biller, Coia, Hurt, Joyce, Miller, Sweeney, and Wyse were unable to attend the Meeting.

    The first order of business was the adoption of the minutes of the May 5, 1998, Meeting of the Board. Copies of these minutes were circulated with the Preliminary Agenda for this Meeting, and no amendments or changes to the minutes had been received. A motion to adopt said minutes was made, seconded, and approved.

    The Chairman told the Board that they would hear more detail about the Corporation's financial results during the stockholders meeting. But that while 1997 was an exceptional year, 1998 had not matched it. On a consolidated basis, ULLICO Inc. earned $8.3 million after taxes. Positive results in the Investments area were offset by losses in insurance operations. Insurance Operations' senior management changed in 1998, and while prospects for the future are improving, it is clear that it is going to take some time to recover from prior decisions.

    The Corporation also experienced gains in the investment area through capital growth and new deposits, both new clients and existing clients who added money totaled over $700 million in new deposits. So, we had a good year in gaining new investments.

    We also saw an increase in premiums and fee income -- the goal for the future is to see that income translates more directly to the bottom line.


DEFENDANT'S EXHIBIT I

The Chairman noted that part of the impact on profits has been efforts to solve the Y2K problem. That effort has had an impact on internal resources and financial results.

The Corporation experienced a tremendous gain in the value of ULLICO Inc. stock --- based primarily on unrealized gains from Global Crossings. The Executive Committee voted a repurchase program yesterday based on book value for year end 1998 at $53.94 per share --- a gain of more than 87%. The Chairman noted that Global Crossings is a wonderful event, but it has the potential of overshadowing our true mission -- the way we serve the labor movement.

The challenge for the coming year will be to focus on business operations and to use the gains from Global Crossings to strengthen core businesses.

Through the Corporation's commitment to the Repurchase Program, we continue to provide liquidity to our Stockholders on a measured and fiscally sound basis, and the Funds and individuals who have invested in this company are allowed to book the gains in value. This year, Management will not recommend or ask for approval of a cash dividend. Our stock growth is based on an unrealized gain. It is simply not sound fiscal policy at this time. This is not intended to set any precedent for the future - the Corporation remains committed to targeting dividends at competitive industry levels and we are fully committed to the repurchase program to create a vehicle for people to realize their gain and book ULLICO Inc. as one of their better performing investments.

A dollar invested in a Preferred Certificate in 1995 has experienced a significant gain. The Chairman then asked Bill Egan to show a projection he developed, when we announced the Repurchase Program, to show where we are based on this year's results. Mr. Egan's presentation is attached as an addendum to these minutes.

Next, Mr. Georgine offered the Report of the Nominating Committee of ULLICO Inc. The Nominating Committee, appointed by Chairman Georgine with the approval of the Executive Committee, held its meeting on March 17, 1999. The Nominating Committee submitted the following as its nominations and recommendations for the election of Directors at the Annual Meeting of Stockholders to be held in Washington, D.C. on May 18, 1999.

The terms of ten Directors would expire at today's Meeting of Stockholders.

The Nominating Committee unanimously nominated the following for election for a term of three years, expiring in 2002:

> Morton Bahr
> William G. Bernard
> Marvin J. Boede
> Kenneth J. Brown
> Bill J. Casstevens
> Arthur A. Coia
> Earl Kruse
> James La Sala
> Douglas J. McCarron
> Eugene Upshaw
> Jacob F. West

The Nominating Committee recommended that the Board of Directors and/or the Executive Committee be authorized to fill these vacancies and/or any other vacancies which may occur on the Board of Directors if, and when, the Board of Directors and/or the Executive Committee deemed it advisable to do so.

Election of all of the foregoing would bring to twenty-eight members, the number serving on the Board of Directors.

JW 00353

The Chairman asked for a Motion accepting the Report. Motion was made and seconded. In response to the Chairman's request for any speaking on the motion, Mr. Maddaloni asked for the floor. He made a statement that his attorney had reviewed the corporate documents and believed that the election of certain individuals to the Board would be in conflict with the Articles of Incorporation. He referred to a document and read from Paragraph "FOURTH: At least three-fourths of the Directors of said Life Insurance Company must at all times be trade unionists affiliated with the AFL-CIO, and not more than one of the Company's Directors at any time, shall be chosen from any one national or international union." Mr. Maddaloni then said that in his opinion, some of the Directors nominated for election did not qualify under the Articles of Incorporation. Therefore, he would make a Motion asking that the election of those individuals, who were unnamed, be deferred.

The Chairman asked if there was any discussion and asked the Chief Legal Officer if he wished to address the question. Mr. Carabillo stated that the language quoted is from the Articles of Incorporation of The Union Labor Life Insurance Company as amended and restated in 1987, that the Motion pending and seconded before the Committee today is dealing only with the election of ULLICO Inc.'s Board of Directors, not the Board of The Union Labor Life Insurance Company. Therefore, in his opinion, the Motion made and seconded dealing with ULLICO Inc.'s Directors and the current election of the nominated Directors to ULLICO Inc.'s Board should proceed as scheduled at the Stockholders' Meeting.

At the conclusion of Mr. Carabillo's remarks the Chairman asked if there was any further speaking. Following a discussion, the Board proceeded with consideration of the pending Motion, made and seconded, accepting the Report of the Nominating Committee. The Motion was approved.

Chairman Georgine noted that the Executive Committee was elected annually. Article VI, Section 2 of the Bylaws, as amended by the Executive Committee, provides for the election of the membership of the Executive Committee by the Board of Directors for a term of one year, such Committee to consist of not more than sixteen Directors and in addition thereto the Chairman and Chief Executive Officer, the President, and the Secretary-Treasurer.

It was recommended that the Executive Committee consist of the Directors named below, including those Directors whose term of office expired today and are to be re-elected as Directors at the Stockholders' Meeting to follow.

| | |
|---|---|
| John J. Barry | Frank Hanley |
| Marvin J. Boede | John T. Joyce |
| Kenneth J. Brown | Joseph F. Maloney |
| Bill J. Casstevens | Douglas J. McCarron |
| Arthur A. Coia | James F. M. McNulty |
| John E. Cullerton | James J. Norton |
| John F. Gentleman | Jacob F. West |
| Robert A. Georgine | William H. Wynn |

It was further recommended that the Executive Committee be authorized to fill existing vacancies and any other vacancies which may occur for any reason whatsoever if and when the Executive Committee deems it advisable to do so.

Motion was made, seconded and approved.

The Chairman then asked for a motion on the resolution authorizing the Chairman to vote the shares of ULLICO Inc.'s subsidiaries.

JW 00354

Since ULLICO Inc. is the sole Stockholder of the issued and outstanding shares of The Union Labor Life Insurance Company, Ulico Casualty Company, Zenith Administrators, Inc., Trust Fund Advisors, Inc., UNIONCARE Inc., ULLICO Management Company, MRCo, Inc., and ULLICO Mortgage Corporation, its vote is necessary for the transaction of business at the Annual Stockholders meeting for these companies and any other subsidiary the Corporation may purchase or create.

It was recommended, therefore, that the Board of Directors adopt the following resolution:

RESOLVED: "That the Board of Directors hereby empowers and authorizes the Chairman, President, and Chief Executive Officer to vote the shares of stock in The Union Labor Life Insurance Company, Ulico Casualty Company, Zenith Administrators, Inc., Trust Fund Advisors, Inc., UNIONCARE Inc., ULLICO Management Company, MRCo, Inc., and ULLICO Mortgage Corporation, and any other subsidiary owned by ULLICO Inc., or one of its subsidiaries, at the Annual Stockholders Meeting of each subsidiary, as, in his discretion, he may deem appropriate and proper on any and all matters or transactions which may require a vote of Stockholders."

Motion was made, seconded, and approved.

The Chairman then noted the conclusion of the official business. A motion was called for to adjourn the Meeting of the Board of Directors of ULLICO Inc. Motion was made, seconded, and approved.

Joseph A. Carabillo
Vice President and
Assistant Secretary

-4-

JW 00355




**Robert A. Georgine**
Chairman, President and CEO

ULLICO Inc.
111 Massachusetts Ave., N.W.
Washington, DC 20001
202/682-0900

July 8, 1999

Billy J. Casstevens
11244 Greenbriar Chase
Oklahoma City, OK 73170

RE:     ULLICO Inc. 1999 Stock Repurchase Program

Dear Stockholder:

At its Annual Meeting, held on May 18, 1999, ULLICO Inc. ("ULLICO") announced the approval of the 1999 Stock Repurchase Program. Prior to year end, ULLICO will make an offer to repurchase up to $15,000,000 worth of its own stock at the 1998 year end book value of $53.94. This is an 87.9% increase over the value of $28.70, which was used for last year's - 1998 Repurchase Program.

Obviously, we are pleased with this result and pleased to be able to deliver this value to our Stockholders through the Repurchase Program. If you have any questions please feel free to contact me, or our Chief Legal Officer, Joseph Carabillo, at (202) 682-4909. We have not as yet set the precise timing of the Repurchase Program, but it will occur prior to year end.

This letter is not intended as an offer to purchase stock - that can only be done through an official offering memorandum, which you will receive at the appropriate time.

Sincerely and fraternally yours,

*Robert A. Georgine*

Confidential Treatment Requested

DEFENDANT'S EXHIBIT J

# ULLICO Inc.

OFFER TO PURCHASE
DATED NOVEMBER 16, 1999

Name  Billy J. Casstevens

Number  125

Confidential Treatment
Requested



DEFENDANT'S EXHIBIT K