IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

ULLICO, INC.,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )        Case No.: 1:06CV01388 (RJL)
                                       )
BILLY CASSTEVENS,                      )
                                       )
        Defendant.                     )

### ORDER DENYING PLAINTIFF'S
### MOTION FOR PARTIAL SUMMARY JUDGMENT

UPON CONSIDERATION OF the Plaintiff's Motion For Partial Summary Judgment and the Opposition thereto filed by the Defendant, including both parties' Memoranda of Points and Authorities and their Statements of Material Facts Not In Dispute, or In Dispute, respectively, it is this _____ day of _____ 2007,

ORDERED that Plaintiff's Motion For Partial Summary Judgment be and is hereby DENIED in its entirety, there being numerous material facts genuinely in dispute and requiring adjudication at trial.

ENTERED this _____ day of _____ 2007.


_____
                    JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing proposed Order Denying Plaintiff's Motion For Partial Summary Judgment was served electronically on this 22nd day of June 2007 to:

Victor Tabak (DC Bar # 480333)
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
*Attorneys for Plaintiff*

<u>/s/ Thomas M. Hogan</u>
Thomas M. Hogan, Esquire