UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO INC., <br>     Plaintiff, <br> v. <br><br> WILLIAM CASSTEVENS, <br>     Defendant. | CASE NUMBER: 1:06CV01388 (RJL) <br> DECK TYPE: General Civil |

## PLAINTIFF ULLICO INC.'S PRE-TRIAL STATEMENT

Pursuant to this Court's Scheduling Order dated November 27, 2006 and Local Civil Rule 16.5, Plaintiff ULLICO Inc. ("ULLICO") respectfully submits the following Pre-Trial Statement.

## STATEMENT OF THE CASE

In its Complaint, Plaintiff ULLICO seeks compensatory and equitable relief related to profits obtained by Defendant Billy Casstevens ("Casstevens") through transactions in ULLICO stock he approved and participated in as a member of the ULLICO Board of Directors during the period 1998-2001. Plaintiff ULLICO is a corporation formed under the laws of the state of Maryland, with its principal place of business in the District of Columbia. Defendant Casstevens served as a Director of ULLICO from 1997-2003. At the time of the filing of this lawsuit, Casstevens was a resident of Oklahoma. The instant action was originally filed in the Superior Court of the District of Columbia. On August 4, 2006, Casstevens filed in this Court a Notice of Removal. This case was subsequently removed to this Court pursuant to 28 U.S.C. § 1441 based on the amount in controversy and the complete diversity existing between the parties.

771949.3

## ULLICO'S CLAIMS

ULLICO's claims against Casstevens consist of four counts, all related to the stock transactions referred to above. In Count I, ULLICO alleges that Casstevens breached his fiduciary duties to ULLICO, and aided and abetted others in breaching their fiduciary duties to ULLICO. In Count II, ULLICO alleges that Casstevens was unjustly enriched through his participation in the stock transactions. In Count III, ULLICO seeks rescission of Casstevens's 1998 and 1999 purchases of ULLICO Class A stock. In Count IV, ULLICO seeks rescission of Casstevens's 2001 resales to ULLICO of ULLICO Class A and Capital stock.

## ULLICO'S WITNESSES

Following is the schedule of potential witnesses currently known to ULLICO who may be called to testify at the trial herein. The last known address of each witness is provided if known to ULLICO. Witnesses designated with an asterisk (*) are witnesses designated by ULLICO as expert witnesses. This list does not include witnesses who may be called for rebuttal or impeachment, and is subject to change based on the Court's ruling on ULLICO's pending Motion for Partial Summary Judgment. Regarding witnesses ULLICO expects to call in this matter, ULLICO anticipates that it will spend one hour eliciting Mr. Casstevens testimony and one hour eliciting Mr. O'Sullivan's testimony. ULLICO anticipates spending three hours eliciting Mr. Leisner's testimony. For each of the witnesses ULLICO may call in this matter, ULLICO anticipates spending no more than thirty minutes to elicit his or her testimony.

*Witnesses ULLICO Expects to Call in this Matter*

        (1)    Casstevens, Billy J.
                   11244 Greenbriar Chase
                   Oklahoma City, OK 73170
                   Mr. Casstevens will be called as a fact witness regarding the factual issues in the Complaint.

771949.3

    (2)    Richard M. Leisner, Esq. *
2700 Bank of America Plaza
101 E. Kennedy Boulevard
Tampa, FL 33602
Mr. Leisner will be called as an expert witness regarding the subjects disclosed in his expert report.

    (3)    O'Sullivan, Terence
Laborers International Union of North America
905 16th Street, N.W.
Washington, DC 20006
Mr. O'Sullivan, will be called as a fact witness regarding his service on ULLICO's Board.

*Witnesses ULLICO May Call Should the Need Arise*

    (1)    Scott Amling
ASB Capital Management Inc.
1101 Pennsylvania Ave., NW
Washington, DC 20004
Should the need arise, Mr. Amling will be called as a fact witness regarding communications between ULLICO and its shareholders.

    (2)    Peter C. Aylward
Strategic Property Advisers, Inc.
3250 Vista Diego Road
Jamul, California 91935
Should the need arise, Mr. Aylward will be called as a fact witness regarding communications between ULLICO and its shareholders.

    (3)    Bahr, Morton
Communications Workers of America
501 3rd Street, N.W.
Washington, DC 20001
Should the need arise, Mr. Bahr will be called as a fact witness regarding his service on ULLICO's Board.

    (4)    Baltz, Richard E.
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004
Should the need arise, Mr. Baltz will be called as a fact witness regarding legal advice given to ULLICO.

771949.3

(5) Barry, John J.
c/o IBEW
1125 15th St., NW
Washington, DC 20005
Should the need arise, Mr. Barry will be called as a fact witness regarding his service on ULLICO's Board.

(6) Beck, Douglas
Janus Capital Mgt. LLC
Denver, Colorado
Should the need arise, Mr. Beck will be called as a fact witness regarding legal advice given to ULLICO.

(7) Marcelle Benjamin
ULLICO Inc.
1625 Eye Street, N.W.
Washington, DC 20006
Should the need arise, Ms. Benjamin will be called as a fact witness regarding ULLICO's documents and operations.

(8) Bernard, William
10912 Cripplegate Road
Potomac, MD 20854
Should the need arise, Mr. Bernard will be called as a fact witness regarding his service on ULLICO's Board.

(9) Bintz, Edward
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20006
Should the need arise, Mr. Bintz will be called as a fact witness regarding legal advice given to ULLICO.

(10) Boede, Marvin
22 Infield Court
Falls Meade
Rockville, MD 20854
Should the need arise, Mr. Boede will be called as a fact witness regarding his service on ULLICO's Board.

(11) Broas, Timothy M.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
Should the need arise, Mr. Broas will be called as a fact witness regarding

4

        the investigation by Former Illinois Governor James R. Thompson of the stock transactions at issue in this action.

(12)    Brown, Kenneth
Charlottesville, VA
Should the need arise, Mr. Brown will be called as a fact witness regarding his service on ULLICO's Board.

(13)    Brown, Paul W.
Credit Suisse First Boston Corp.
Eleven Madison Avenue
New York, NY 10010
Should the need arise, Mr. Brown will be called as a fact witness regarding financial advice given to ULLICO.

(14)    Calderelli, Paul
Bank of America Corporate Center
100 North Tryon Street
NC1-007-20-01
Charlotte, NC 28255
Should the need arise, Mr. Calderelli will be called as a fact witness regarding legal advice given to ULLICO.

(15)    Carabillo, Joseph A.
1543 Beahm Town Road
P.O. Box 43
Culpeper, VA 22701
Should the need arise, Mr. Carabillo will be called as a fact witness regarding ULLICO's operations, finances and investments.

(16)    Chavez-Thompson, Linda
AFL-CIO
815 16th Street, N.W.
Washington, DC 20006
Should the need arise, Ms. Chavez-Thompson will be called as a fact witness regarding her service on ULLICO's Board.

(17)    Coia, Arthur
c/o Laborers' International Union of North America
905 16th Street, NW
Washington, DC 20006
Should the need arise, Mr. Coia will be called as a fact witness regarding his service on ULLICO's Board.

(18)    Terry Collins
Columbia Asset Managers -or-

771949.3

          Columbia Partners LLC
          1775 Pennsylvania Ave., NW
          Suite 10
          Washington, DC 20006
          Should the need arise, Mr. Collins will be called as a fact witness regarding communications between ULLICO and its shareholders.

(19)    Douglas, Andrew
        CIO GCIU Local #14-M Health & Welfare Fund
        1310-28 East Sedgley Avenue
        Philadelphia PA 19134
        Should the need arise, Mr. Douglas will be called as a fact witness regarding ULLICO's communications with its shareholders.

(20)    Egan, William
        Merrill Lynch
        320 Central Park W
        New York, NY 10025
        Should the need arise, Mr. Egan will be called as a fact witness regarding financial advice given to ULLICO.

(21)    Foster, Jason A.
        c/o Senator Chuck Grassley
        135 Hart Senate Building
        Washington, DC 20510
        Should the need arise, Mr. Foster will be called as a fact witness regarding the United States Senate's investigation into the stock transactions that are the subject of this lawsuit.

(22)    Freeman, Kurt
        Graphic Communications International Union
        1310-28 East Sedgley Avenue
        Philadelphia, PA 19134
        Should the need arise, Mr. Freeman will be called as a fact witness regarding ULLICO's communications with its shareholders.

(23)    Gentleman, John
        8461 Glenfinnan Circle
        Fort Meyers, FL 33912
        Should the need arise, Mr. Gentleman will be called as a fact witness regarding his service on ULLICO's Board.

(24)    Georgine, Robert A.
        9700 Lake Isleworth Court
        Windemere, FL 34786

Should the need arise, Mr. Georgine will be called as a fact witness regarding ULLICO's operations, finances, investments, and his service on ULLICO's Board.

(25) Grelle, John K.
2556 Bridge Hill Lane
Oakton, VA 22124
Should the need arise, Mr. Grelle will be called as a fact witness regarding ULLICO's finances, investments and operations.

(26) Hanley, Frank
c/o International Union of Operating Engineers
1125 Seventeenth St., N.W.
Washington, DC 20036
Should the need arise, Mr. Hanley will be called as a fact witness regarding his service on ULLICO's Board.

(27) Heimbigner, Stanley R.
Bakery, Confectionery, Tobacco Workers & Grain Millers
120 W. Mission Avenue
Spokane, Washington 99201
Should the need arise, Mr. Heimbigner will be called as a fact witness regarding ULLICO's communications with its shareholders.

(28) Hurt, Frank
International President
Bakery, Confectionery, Tobacco Workers & Grain Millers International Union
10410 Connecticut Ave.
Kensington, MD 20895
Should the need arise, Mr. Hurt will be called as a fact witness regarding his service on ULLICO's Board.

(29) Kass, David A.
Chief Investigative Counsel
U.S. Senate Committee on Governmental Affairs
340 Dirksen Senate Office Building
Washington, DC 20510
Should the need arise, Mr. Kass will be called as a fact witness regarding the investigation by the United States Senate of the stock transactions in this action.

(30) Klein, Charles B.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

        Should the need arise, Mr. Klein will be called as a fact witness regarding the investigation by Former Illinois Governor James R. Thompson of the stock transactions at issue in this action.

(31)    Kruse, Earl
c/o United Union of Roofers, Waterproofers and Allied Workers
1660 L Street, Suite 800
Washington, DC 20036
Should the need arise, Mr. Kruse will be called as a fact witness regarding his service on ULLICO's Board.

(32)    LaSala, James
c/o Amalgamated Transit Union
5025 Wisconsin Ave., NW
3rd Floor
Washington, DC 20006
Should the need arise, Mr. La Sala will be called as a fact witness regarding his service on ULLICO's Board.

(33)    Linehan, Joseph
ULLICO Inc.
1625 Eye Street, NW
Washington, DC 20006
Should the need arise, Mr. Linehan will be called as a fact witness regarding ULLICO's investments.

(34)    Luce, James W.
10712 Milkweed Drive
Great Falls, VA 22066
Should the need arise, Mr. Luce will be called as a fact witness regarding ULLICO's operations and finances.

(35)    Lyons, Dennis
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004
Should the need arise, Mr. Lyons will be called as a fact witness regarding legal advice given to ULLICO.

(36)    Maddaloni, Martin
3160 Denfield Place
Philadelphia, PA 19145
Should the need arise, Mr. Maddaloni will be called as a fact witness regarding his service on ULLICO's Board

771949.3

(37) Maloney, Joseph
c/o Building and Construction Trades Dept.
AFL-CIO
815 16th Street, N.W. 4th Floor
Washington, DC 20005
Should the need arise, Mr. Maloney will be called as a fact witness regarding his service on ULLICO's Board.

(38) Marshall, John
Graphic Communications International Union
1900 L Street, NW
Washington, DC 20036
Should the need arise, Mr. Marshall will be called as a fact witness regarding communications between ULLICO and its shareholders.

(39) McCarron, Douglas
President
United Brotherhood of Carpenters and Joiners of America
101 Constitution Avenue, N.W.
Washington, DC 20001
Should the need arise, Mr. McCarron will be called as a fact witness regarding his service on ULLICO's Board.

(40) McNulty, James
10002 High Hills Place
Great Falls, VA 22066
Should the need arise, Mr. McNulty will be called as a fact witness regarding his service on ULLICO's Board.

(41) Mikva, Abner
Visiting Law Professor
University of Chicago Law School
1111 East 60th Street
Chicago, IL 60637
Should the need arise Mr. Mikva will be called as a fact witness regarding his service on ULLICO's Board.

(42) Patrick M. Montgomery
11808 Wayland Street
Oakton, VA 22124
Should the need arise, Mr. Montgomery will be called as a fact witness regarding ULLICO's investments and finances.

(43) Ninivaggi, Daniel A.
Lear Corporation (Legal)
21557 Telegraph Rd.

771949.3

        P.O. Box 5008
        Southfield, Mich. 40834
        Should the need arise, Mr. Ninivaggi will be called as a fact witness regarding the investigation by Former Illinois Governor James R. Thompson of the stock transactions at issue in this action.

(44)  Jim Noel
       ULLICO Inc.
       1625 Eye Street, N.W.
       Washington, DC 20006
       Should the need arise, Mr. Noel will be called as a fact witness regarding ULLICO's finances.

(45)  Norton, James J.
       12753 Dara Drive, Apt. 202
       Woodbridge, VA 22192
       Should the need arise, Mr. Norton will be called as a fact witness regarding his service on ULLICO's Board.

(46)  Plutzik, Jonathan
       Credit Suisse First Boston Corp.
       Eleven Madison Avenue
       New York, NY 10010
       Should the need arise, Mr. Plutzik will be called as a fact witness regarding financial advice given to ULLICO.

(47)  Rankin, James
       c/o Glass, Molders, Pottery Plastics & Allied Workers International Union
       608 East Baltimore Pike
       Media, Penn. 10963
       Should the need arise, Mr. Rankin will be called as a fact witness regarding his service on ULLICO's Board.

(48)  Sargent, Mark A.
       Villanova University School of Law
       299 North Spring Mill Road
       Villanova, Penn. 19085-1597
       Should the need arise, Mr. Sargent will be called as a fact witness regarding the investigation by Former Illinois Governor James R. Thompson of the stock transactions at issue in this action.

(49)  Senderowitz, Stephen J.
       Winston & Strawn
       35 West Wacker Drive
       Chicago, IL 60601
       Should the need arise, Mr. Senderowitz will be called as a fact witness

regarding the investigation by Former Illinois Governor James R. Thompson of the stock transactions at issue in this action.

(50)  Silvers, Damon
AFL-CIO
815 16th Street, N.W.
Washington, DC 20006
Should the need arise, Mr. Silvers will be called as a fact witness regarding ULLICO's operations, finances and investments.

(51)  Singleton, Mark
ULLICO Inc.
1625 Eye Street, NW
Washington, DC 20006
Should the need arise, Mr. Singleton will be called as a fact witness regarding ULLICO's operations, finances and investments.

(52)  Smith, Carey
Arnold & Porter
555 Twelfth Street, N.W.
Washington, DC 20004
Should the need arise, Mr. Smith will be called as a fact witness regarding legal advice given to the ULLICO.

(53)  Sombrotto, Vincent
24 Sound View Drive
Port Washington, NY 11050
Should the need arise, Mr. Sombrotto will be called as a fact witness regarding his service on ULLICO's Board.

(54)  Steed, Michael
4100 Rosemary St.
Chevy Chase, MD 20815
Should the need arise, Mr. Steed will be called as a fact witness regarding ULLICO's operations, finances and investments.

(55)  Stephani, Gary
PricewaterhouseCoopers LLP
1301 K Street NW, Suite 800W
Washington, DC 20005-3333
Should the need arise, Mr. Stephani will be called as a fact witness regarding accounting advice given to ULLICO.

(56)  Sweeney, John
AFL-CIO
815 16th Street, N.W.

771949.3

        Washington, DC 20006
Should the need arise, Mr. Sweeney will be called as a fact witness regarding his service on ULLICO's Board.

(57) Tarun, Robert W.
Latham & Watkins LLP
Sears Tower, Suite 5800
Chicago, IL 60606
Should the need arise, Mr. Tarun will be called as a fact witness regarding the investigation by Former Illinois Governor James R. Thompson of the stock transactions at issue in this action.

(58) Thompson, Governor James R.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601
Should the need arise, Governor Thompson will be called as a fact witness regarding his investigation of the stock transactions at issue in this action.

(59) Upshaw, Eugene
Federation of Professional Athletes
2021 L Street, N.W., 6th Floor
Washington, DC 20036
Should the need arise, Mr. Upshaw will be called as a fact witness his regarding service on ULLICO's Board.

(60) Valentine, Teresa
ULLICO Inc.
1625 Eye Street, N.W.
Washington, DC 20006
Should the need arise, Ms. Valentine will be called as a fact witness regarding ULLICO's operations and finances.

(61) Wilhelm, John W.
President, Hospitality Industry
Unite Here
1775 K Street, N.W., Suite 620
Washington, DC 20006
Should the need arise, Mr. Wilhelm will be called as a fact witness regarding his service on ULLICO's Board.

771949.3

## ULLICO'S LIST OF EXHIBITS TO BE OFFERED IN EVIDENCE

ULLICO intends to offer the following exhibits into evidence:

| Exhibit No. | Date | Title | Bates No. |
|---|---|---|---|
| 1 | 11/16/94 | Letter to B. Casstevens for appointment to Board of Directors | USDC 0034264 |
| 2 | 11/23/94 | Acceptance letter to Board of Directors | USDC 0034265 |
| 3 | 2/14/97 | Executive Committee Meeting Minutes | JK 013796 - 816 |
| 4 | 7/31/98 | Georgine letter to Casstevens regarding BOD meeting | UL 28880 - 81 |
| 5 | 5/5/97 | Executive Committee Meeting Minutes | JK 007942 - 95 |
| 6 | 5/6/97 | Board of Directors Meeting Minutes | U 000029 - 33 |
| 7 | 10/31/97 | Offer to Purchase for Cash | UL 15451 - 89 |
| 8 | 6/15/97 | Georgine letter to Casstevens regarding selling of stock | UL 6020 - 22 |
| 9 | 7/29/98 | Georgine letter to Casstevens regarding Corp. governance | U-MIA 016215 |
| 10 | 8/3/98 | Stock Purchase Request | U-MIA 016213 |
| 11 | 10/13/98 | Letter from R. Georgine to W. Casstevens regarding ULLICO Inc. Class A Stock | UL 19353 |
| 12 | 11/6/98 | Letter from R. Georgine to W. Casstevens regarding Global Crossing | UL 28309 |
| 13 | 10/14/87 | ULLICO Inc. BY-LAWS | USDC 0008086 - 8094 |
| 14 | 2/13/99 | Executive Committee Meeting Minutes | USDC 0105335 - 42 |
| 15 | 9/21/99 | Executive Committee Meeting Minutes | U 17305 - 10 |

771949.3

| 16 | 9/22/99 | Board of Directors Meeting Minutes | U 17380 - 83 |
|---|---|---|---|
| 17 | 12/17/99 | Letter from R. Georgine to W. Casstevens regarding making 4000 shares of stock available to officers and directors | USDC 0107351 |
| 18 | 5/10/00 | Executive Committee Meeting Minutes | USDC 0002835 - 37 |
| 19 | 5/11/00 | Board of Directors Meeting Minutes | USDC 0169132 - 37 |
| 20 | 8/29/00 | Executive Committee Meeting Minutes | USDC 0002847 - 52 |
| 21 | 11/3/00 | Board of Directors Meeting Minutes | USDC 0003167 - 74 |
| 22 | 1/11/00 | Letter from Casstevens to Carabillo regarding retaining Class A stock certificate 119 (2,000 shares) | USDC 0048079 |
| 23 | 12/14/00 | Letter of Transmittal to Tender Shares of Class A and Class B Common Stock | U-MIA 016187 - 90 |
| 24 | 3/1/01 | Georgine letter to Casstevens re stock purchase | USDC 0048076 - 77 |
| 25 | 11/26/02 | Report of Special Council on ULLICO Stock Purchase Offers and Repurchase Programs and Global Crossing Investments ("Thompson Report") | ES 0866 - 1012 |
| 26 | 11/21/00 | Georgine letter to Casstevens regarding stock repurchase program | USDC 0048086 - 87 |
| 27 | 2/22/02 | Executive Committee Meeting Minutes | USDC 0003282 - 89 |
| 28 | 4/29/02 | Board of Directors Meeting Minutes | USDC 0169164 - 65 |
| 30 | 12/2/02 | Board of Directors Meeting Minutes | USDC 0169186 - 88 |

771949.3

| 31 | 5/13/03 | Board of Directors Meeting Minutes | ES 0593 - 98 |
|---|---|---|---|
| 32 | 4/8/00 | Letter re board meeting | USDC 0071567 |
| 33 | 4/13/00 | Letter to R. Georgine from Casstevens requesting an additional 358 shares | USDC 0013201 |
| 34 | 3/14/07 | Defendant's Responses to Plaintiff's First Set of Interrogatories | |

ULLICO may offer the following exhibits into evidence. This list does not include exhibits that may be used for impeachment or rebuttal, or to refresh the recollection of a witness:

| Exhibit No. | Date | Title | Bates No. |
|---|---|---|---|
| 35 | | Selected pages of Georgine Shareholder File | USEC 021998-022000 |
| 36 | 1/21/97 | Letter to J. Grelle from W. Egan regarding Credit Suisse First Boston | USDC 0029926 - 27 |
| 37 | 1/24/97 | Retainer letter for Credit Suisse First Boston signed by J. Grelle | UL 19206 - 07 |
| 38 | 1998 | Term Sheet for 1998 ULLICO Inc. Stock Repurchase | USDC 0018834 |
| 39 | 2/11/98 | Executive Committee Meeting Minutes | USDC 0002467 - 74 |
| 40 | 5/5/98 | Board of Directors Meeting Minutes | USDC 0002559 - 61 |
| 41 | 7/27/98 | Compensation Committee Meeting Minutes | U 000324 - 26 |
| 42 | 7/27/98 | Compensation Committee Meeting - Georgine's remarks | U 000927 - 31 |
| 43 | 1999 | Term Sheet for 1999 ULLICO Inc. Stock Repurchase | USDC 0018837 |
| 44 | 5/13/99 | Compensation Committee Meeting Minutes | U 000327 - 28 |

771949.3

| 45 | 5/18/99 | Board of Directors Meeting Minutes | U 000040 - 46 |
|---|---|---|---|
| 46 | 10/1/99 | Addendum to Employment Agreement by and between ULLICO Inc. and Robert Georgine | U 041217-19 |
| 47 | 5/11/00 | Notice of Annual Meeting of Stockholders | JK 003275 - 78 |
| 48 | 5/11/00 | Proxy for Annual Meeting of Stockholders to be held May 11, 2000 to LIUNA Local Union & District Council Pension Fund, c/o Henry Moreshi, Fund Administrator | USDC 187604 |
| 49 | 5/11/00 | Proxy for Annual Meeting of Stockholders to be held May 11, 2000 to Laborers International Union of N.A. c/o Nations Bank Trust Income Processing | USDC 187603 |
| 50 | 7/12/00 | Letter to B. Casstevens from R. Georgine Re: ULLICO Inc. 2000 Extraordinary Stock Repurchase Program | U-MIA 016232 - 33 |
| 51 | 9/29/00 | ULLICO Stock ledger containing the names and holdings of certain ULLICO Inc. stockholders | UL 20687 - 701 |
| 52 | 10/20/00 | Compensation Committee Meeting Minutes | USDC 0123775-76 |
| 53 | 12/14/00 | ULLICO Inc. Offer to Purchase | USDC 0026435 - 77 |
| 54 | 3/2/01 | Casstevens Stockholder Certificate List | UL 6012 |
| 55 | 3/9/01 | Letter to Casstevens from Georgine regarding Capital Stock Repurchase | UL 6006 |
| 56 | 2001 | Billy J & Lou Ellen Casstevens 2001 Form 1040 Schedule D (Capital Gains and Losses) | |
| 57 | 11/21/02 | Letter to Billy and Lou Ellen Casstevens from Georgine regarding Repurchase Program | USDC 0048086 - 87 |
| 58 | 11/26/02 | Appendix to Thompson Report (T.1 - T.113) | See Indices attached |

771949.3

| 59 | 3/13/03 | Board of Directors Meeting Minutes | USDC 0177569 - 72 |
|---|---|---|---|
| 60 | 3/25/03 | Report of the Special Committee | USDC 0099195 - 213 |
| 61 | 3/28/03 | Board of Directors Meeting Minutes | USDC 0015044 - 48 |
| 62 | 4/2/03 | Board of Directors Meeting Minutes | USDC 0003519 - 26 |
| 63 | 5/8/03 | Letter to T. O'Sullivan from R. Georgine regarding ULLICO Inc. | CARABILLO 00691 - 92 |
| 64 | 6/2/04 | Report of U.S. Senate, Committee on Governmental Affairs: Self-Dealing and Breach of Duty at ULLICO Inc. (Senate Report) | USDC 0154769 - 0154871 |
| 65 | 6/2/04 | Exhibits and Appendices to Senate Report (S.1 - S.141; Appendix #1) | USDC 0154872 - 0156413 |
| 66 | 3/6/07 | Table from Expert Report of Richard M. Leisner at Page 27: providing repurchase/book value prices for years 1997 - 2000 | |
| 67 | 3/6/07 | Table from Expert Report of Richard M. Leisner at Page 27, footnote 34: providing information about the rise and fall of Global Crossing stock from 1998 until 2001 | |
| 68 | 3/6/07 | Table from Expert Report of Richard M. Leisner at Page 29: entitled, "ULLICO's Share Price vs. Global Crossing's Share Price" | |
| 69 | 3/6/07 | Table from Expert Report of Richard M. Leisner at Page 34: illustrating the disparate results between escaping proration and being subject to proration | |

771949.3

| | | | |
|---|---|---|---|
| 70 | 3/6/07 | Table from Expert Report of Richard M. Leisner at Page 36: illustrating the extent of the disproportionate benefits reaped by Casstevens and other ULLICO insiders, entitled "Total Stock Repurchases at $146.04" | |
| 71 | 3/19/07 | Defendant's Responses to Plaintiff's First Request for Admissions | |
| 72 | 4/3/07 | Defendant's Amended Responses to Plaintiff's First Requests for Admissions No. 58 and No. 59 | |
| 73 | 5/4/07 | Defendant's Amended Responses to Plaintiff's Requests for Admissions Numbered 15, 16, 17, 18, 19, 20, 23, 24, 25, 34, 35, 45, 65, 66, 67, 68 and 76 | |
| 74 | 5/8/07 | Defendant's Responses to Plaintiff's Second Interrogatories | |

## DEPOSITIONS TO BE OFFERED IN EVIDENCE

ULLICO reserves the right to offer into evidence, in both text and video format, the following excerpts from the deposition of Billy J. Casstevens taken in this action:

6:12-7:2
14:14-15:15
18:7-13
20:10, 12, 21:7-12
26:7-14
33:4-14
33:19-34:1
53:14-54:9
58:1-59:3
59:11-60:17
61:15-17
62:3-5; 8-14
68:10-18, 68:21-69:9, 69:15
81:16-82:10
83:13-84:12
86:19-87:9
88:11-14

771949.3

91:9-12
92:1-93:3
94:12-95:6, 9
95:20-96:2, 96:7-19
99:6-7, 96:9-100:2, 100:4-5
104:11-106:4
106:14-19
108:5-109:1
120:7-15
122:1-6, 122:8-11
127:12-15
128:6-129:16
129:21-130:11
131:11-15
133:21-134:7
136:4-7, 136:10-14, 136:20-21, 137:2-3, 138:9-11, 138:18-139:5
140:2-7
144:5-18
148:5-149:12

## ULLICO'S ITEMIZED DAMAGES

Under Count I of the Complaint, ULLICO seeks the return of all the profits Casstevens realized on his sales of stock to ULLICO in the amount of $810,375.20 plus prejudgment interest.

Under Count II of the Complaint, ULLICO seeks the return of all the profits Casstevens realized on his sales of stock to ULLICO in the amount of $810,375.20 plus prejudgment interest. Alternatively, ULLICO seeks the difference between what Casstevens would have received had his sales of ULLICO Class A stock been prorated and the profit he actually realized, in the amount of $752,751.42, plus prejudgment interest, plus the difference between what Casstevens would have received had his Capital Stock been repurchased at $25.00 per share and the profit he actually realized from that sale in the amount of $39,943.20, plus prejudgment interest.

771949.3

Under Count III of the Complaint, ULLICO seeks the return of all proceeds Casstevens received from his sales to ULLICO of the Class A stock he originally purchased from ULLICO in 1998 and 1999 in the amount of $1,067,844.48 plus prejudgment interest.

Under Count IV of the Complaint, ULLICO seeks the return of all proceeds Casstevens received from all his sales of stock to ULLICO in the amount of $1,116,037.68 plus prejudgment interest.

## OTHER RELIEF

ULLICO also seeks any and all other relief the Court may deem appropriate, including set-offs, recoupments, and constructive trusts in its favor, and prejudgment interest and the costs of this Action, including reasonable attorneys' fees.

Dated: July 12, 2007

                                        MILLER & CHEVALIER CHARTERED

By     /s/ Brian A. Hill
      Anthony J. Trenga (DC Bar #218255)
      Brian A. Hill (DC Bar # 456086)
      Victor Tabak (DC Bar # 480333)
      Matthew T. Reinhard (DC Bar # 474941)
      655 Fifteenth Street, N.W., Suite 900
      Washington, DC 20005-5701
      Tel. (202) 626-5800
      Fax. (202) 628-0858
      atrenga@milchev.com
      Attorneys for Plaintiff

771949.3