# Exhibit A

Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 1 | Minutes of the April 29, 2002 Meeting of the Board of Directors of ULLICO, Inc. | U 017423-017434 |
| 2 | ULLICO, Inc. By-Laws | U 030545-030553 |
| 3 | Minutes of the February 14, 1997 Meeting of the Executive Committee of ULLICO, Inc. | U 017347-017353 |
| 4 | 8/13/98 Global Crossing Ltd. Lock-Up Letter to: Smith Barney Inc. from: Michael Steed | U 044741-044742 |
| 5 | Minutes of the May 5, 1997 Meeting of the Executive Committee of ULLICO, Inc. | U 000011-000018 |
| 6 | Global Crossing Ltd. Stockholders Agreement dated August 12, 1998 | U 044750-044781 |
| 7 | Global Crossing Ltd. Registration Rights Agreement dated August 12, 1998 | U 044782-044826 |
| 8 | ULLICO, Inc. 1999 Term Sheet Stock Repurchase Program | U 048222 |
| 9 | ULLICO, Inc. Confidential Offering Memorandum dated May 22, 1992 | U 030308-030371 |
| 10 | 7/19/02 Letter to: Stephen Senderowitz from: Gary Stephani re: Attached Schedules on the Impact of the Global Crossing Investment | U 045567-045570 |
| 11 | Charts re: Global Crossing - ULLICO's Sell Decisions vs. Wall Street Sentiment | U 045715 |
| 12 | Minutes of the May 6, 1997 Meeting of the Board of Directors of ULLICO, Inc. | U 000029-000033 |
| 13 | 5/6/97 Chairman Georgine's Report of the Chairman | U 001204-001211 |
| 14 | 1/15/02 Fax to: Joseph Carabillo from: Joseph Semo re: Attached ULLICO, Inc. Term Sheet Stock Repurchase Program | U 019356-019359 |
| 15 | 5/7/01 ULLICO, Inc. 2001 Repurchase Resolutions | U 001365-001374 |

Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 16 | 6/15/97 Letter to: James F. M. McNulty from: Robert A. Georgine re: Introduction of the ULLICO Stock Repurchase Program | U 027720-027723 |
| 17 | 11/10/97 Offer to Purchase for Cash Class A Common Stock, Class B Common Stock, and Preferred Certificates by ULLICO, Inc. | U 001059-1097 |
| 18 | ULLICO, Inc. Employee Handbook | U 018147-018192 |
| 19 | 5/30/97 Memo to: John Grelle, John Luce, Charles Sormani, and Michael Steed from: Joseph Carabillo re: Equity Offering/Redraft of Offering Document with attached Offering Document | U 035234-035268 |
| 20 | 5/14/97 Memo to: John Luce, Charles Sormani, and Michael Steed from: Joseph Carabillo re: Offer to Repurchase Stock with attached edited Draft of Offering Document | U 035104-035132 |
| 21 | 7/26/98 ULLICO, Inc. Report on Development of Incentive Award Plans by William M. Mercer, Inc. | U 011974-011980 |
| 22 | Minutes of the July 27, 1998 Compensation Committee of ULLICO, Inc. | U 000324-000326 |
| 23 | 8/24/98 Memo to: R. A. Silas from: Joseph A. Carabillo re: Compensation Committee/Senior Officers with attached chart re: Global Crossing Single Event Award 1998 | U 020214-020217 |
| 24 | 8/24/98 Memo to: R. A. Silas from: Joseph A. Carabillo re: Compensation Committee/Senior Officers with attached 8/17/98 Memo to: Robert Georgine from: Michael Steed re: Global Crossing Bonuses | U 020099-020107 |
| 25 | Robert Georgine's Statement for the 7/27/98 ULLICO, Inc. Compensation Committee Meeting | U 000927-000936 |
| 26 | 8/31/98 Fax to: Michael Steed from: Joseph Carabillo re: Attached Letter and Memo re: Global Crossing Compensation/Incentive Award | U 021792-021807 |

Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 27 | ULLICO, Inc. Offer to Purchase Dated November 9, 1998 | U 009065-009096 |
| 28 | Minutes of the February 11, 1998 Meeting of the Executive Committee of ULLICO, Inc. | U 017328-017335 |
| 29 | 7/29/98 Letter to: Joseph F. Maloney from: Robert A. Georgine re: Stock Offering to ULLICO directors and senior officers of 2,000 shares of Class A Stock | U 028021 |
| 30 | 10/13/98 Letter to: Joseph F. Maloney from: Robert A. Georgine re: Stock Offering to ULLICO directors and senior officers of an additional 2,000 shares of Class A Stock with attached ULLICO, Inc. Stock Purchase Request Form | U 028019-028020 |
| 31 | 7/9/02 Fax to: Stephen Senderowitz from: John A. Freedman re: Responses to Earlier Questions | U 047019-047021 |
| 32 | Minutes of the May 4, 1998 Meeting of the Executive Committee of ULLICO, Inc. | U 017326-017327 |
| 33 | 11/5/98 Fax to: Catherine M. Shea from: Douglas N. Beck re: Attached edited 1998 ULLICO Offer to Purchase | U 037887-037911 |
| 34 | Minutes of the November 30, 1998 Meeting of the Executive Committee of ULLICO, Inc. | U 017324-017325 |
| 35 | Minutes of the February 13, 1999 Meeting of the Executive Committee of ULLICO, Inc. | U 017316-017323 |
| 36 | Minutes of the May 13, 1999 ULLICO, Inc. Compensation Committee Meeting | U 000327-000328 |
| 37 | Robert Georgine Draft Agenda for the July 12, 1999 Meeting | U 001579-001582 |
| 38 | 12/10/99 Memo to: Robert Georgine from: Joseph Carabillo re: Sale of Stock with attached draft letter and Stock Purchase Request | U 021373-021381 |

Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 39 | Minutes of the December 17, 1999 Compensation Committee Meeting of ULLICO, Inc. | U 011988-011990 |
| 40 | 8/20/99 Memo to: Robert Georgine from: Joseph Carabillo re: Offer of Stock to Directors and Officers with attached Draft Director and Officer Stock Purchase and Credit Agreement | U 024741-024761 |
| 41 | 12/28/99 Letter to: Foster Mays from: Robert Georgine re: Assignment of ULLICO, Inc. Stock as Collateral for Joseph A. Carabillo | U 009945-009946 |
| 42 | 12/28/99 Letter to: Foster Mays from: Robert Georgine re: Assignment of ULLICO, Inc. Stock as Collateral for John K. Grelle | U 009947-009948 |
| 43 | 12/28/99 Letter to: Foster Mays from: Joseph Carabillo re: Assignment of ULLICO, Inc. Stock as Collateral for Robert A. Georgine | U 009949-009950 |
| 44 | 12/17/99 Letter to: Morton Bahr from: Robert A. Georgine re: Stock Offering to ULLICO directors and senior officers of 4,000 shares of Class A Stock | U 007090 |
| 45 | Notice of Annual Meeting of Stockholders to be held May 11, 2000 with 2000 ULLICO, Inc. Proxy Statement Attached | U 017466-017469 |
| 46 | 7/28/00 Handwritten note from John K. Grelle re: Attached Information for the payoff of Robert Georgine's Loan with Mellon Bank | U 006957-006961 |
| 47 | ULLICO, Inc. 2001 Annual Report | U 027961-028015 |
| 48 | Minutes of the May 17, 1999 Meeting of the Executive Committee of ULLICO, Inc. | U 017314-017315 |
| 49 | Minutes of the May 18, 1999 Meeting of the Board of Directors of ULLICO, Inc. | U 000040-000046 |
| 50 | Minutes of the September 21, 1999 Meeting of the Executive Committee of ULLICO, Inc. | U 017305-017313 |

**Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments**

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 51 | 6/9/99 Memo from: Paul S. Berger re: Robert A. Georgine's Income and Estate tax-related Planning | U 043064-043066 |
| 52 | 9/24/99 Letter to: Michael Steed and Robert Georgine from: Paul Berger re: Retainment of Arnold & Porter by Michael Steed | U 038743-038744 |
| 53 | Minutes of the September 22, 1999 Meeting of the Board of Directors of ULLICO, Inc. | U 017380-017383 |
| 54 | ULLICO, Inc. Offer to Purchase Dated November 16, 1999 | U 026661-026701 |
| 55 | 10/8/99 Fax to: Teresa Valentine from: Douglas Beck re: Attached Draft 1999 Offering Memorandum for ULLICO's Stock Repurchase with edits | U 026276-026302 |
| 56 | 1/5/00 Letter to: Joseph Carabillo from: Stanley R. Heimbigner re: Questions re: Calculation of the values | U 007182-007184 |
| 57 | Minutes of the May 10, 2000 Meeting of the Executive Committee of ULLICO, Inc. | U 017284-017288 |
| 58 | Minutes of the May 11, 2000 Meeting of the Board of Directors of ULLICO, Inc. | U 000047-000053 |
| 59 | 5/10/00 Memo to: Robert A. Georgine from: Jonathan Plutzik and Paul Brown re: Proposed Stock Repurchase Review | U 046889-046891 |
| 60 | 8/3/00 Draft ULLICO, Inc. Corporate Governance Committee Issues List | U 040602-040603 |
| 61 | Minutes of the August 29, 2000 Meeting of the Executive Committee of ULLICO, Inc. | U 017278-017283 |
| 62 | 12/14/95 Memo to: Joseph A. Carabillo from: Dennis Lyons re: Rights of stockholders of ULLICO, Inc. | U 037202-037220 |

Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 63 | 4/14/00 Letter to: Rick Baltz and Carey Smith from: Joseph Carabillo re: Potential Discussion of Executive Compensation at Board Meeting | U 038605-038653 |
| 64 | 4/17/00 E-mail to: Paul Berger and Richard Baltz from: Carey Smith re: Ullico Executive Compensation | U 044491 |
| 65 | ULLICO 2000 Strategy Book | U 039818-039866 |
| 66 | 8/3/00 Fax to: Joseph Carabillo from: Carey Smith re: Attached Draft ULLICO, Inc. Corporate Governance Committee Issues List | U 038853-038855 |
| 67 | 5/21/02 ULLICO Class A Ledger of Stockholders | U 046993-047014 |
| 68 | ULLICO, Inc. Director/Officer Request for Repurchase | U 027121 |
| 69 | 7/24/00 Memo to: Robert Georgine from: Joseph Carabillo re: Shareholders who hold 10,00 shares or less | U 047022 |
| 70 | 9/22/00 E-mail to: Paul Berger and Dennis Lyons from: Richard Baltz re: Analysis of the Proposed Stock Buyback Questions | U 038452-038457 |
| 71 | 10/17/00 E-mail to: Richard Baltz, Dennis Lyons, Paul Berger, Edward Bintz, and James Joseph from: Carey Smith re: Draft Amended and Restated Employment Agreement | U 043461-043462 |
| 72 | 11/1/00 E-mail to: Joseph Carabillo, Paul Berger, and Rick Baltz from: Carey Smith re: Draft Resolutions Concerning Stock Repurchases | U 038397-038400 |
| 73 | 11/1/00 E-mail re: Paul Berger, Richard Baltz, and Dennis Lyons from: Carey Smith re: Revised Resolutions Concerning Stock Repurchases | U 038401-038409 |
| 74 | Minutes of the March 6, 2001 Compensation Committee Meeting of ULLICO, Inc. | U 021063-021073 |
| 75 | Minutes of the August 30, 2000 Meeting of the Board of Directors of ULLICO, Inc. | U 017399-017403 |

**Appendix to the Report of the Special Council**
**On ULLICO Stock Purchase Offers and Repurchase Programs**
**and Global Crossing Investments**

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 76 | Minutes of the November 3, 2000 Meeting of the Board of Directors of ULLICO, Inc. | U 000054-000061 |
| 77 | Talking Points re: Resolutions with handwritten notes | U 039236-039237 |
| 78 | 10/31/00 Fax to: Joseph Carabillo from: Carey Smith re: Draft Resolutions Concerning Stock Repurchases | U 044312-044319 |
| 79 | 10/30/00 Memo to: Robert Georgine from: Joseph Carabillo re: Resolutions Concerning Stock Repurchases with attached Resolutions | U 039163-039170 |
| 80 | 10/31/00 Fax to: Rick Baltz and Carey Smith from: Joseph Carabillo re: Revised memo re: Resolutions Concerning Stock Repurchases | U 044938-0044956 |
| 81 | 10/27/00 E-mail to: Richard Baltz, Denis Lyons and Paul Berger from: Carey Smith re: Resolutions Concerning Chairman's Repurchases | U 040353-040357 |
| 82 | ULLICO, Inc Offer to Purchase Dated December 14, 2000 | U 000211-000256 |
| 83 | 5/31/01 Memo from: Carey Smith re: Share Repurchases | U 041079 |
| 84 | 11/21/00 Letter to: James F. M. McNulty from: Robert A. Georgine re: ULLICO, Inc. Class A and Class B 2000 Stock Repurchase Program | U 027727-027728 |
| 85 | 11/16/00 Fax to: Teresa Valentine from: Douglas Beck re: Draft Offer to Purchase fro Cash by ULLICO, Inc. | U 025687-025699 |
| 86 | Notice of Annual Meeting of Stockholders to be held May 18, 1999 with 1999 ULLICO, Inc. Proxy Statement Attached | U 017470-017472 |
| 87 | 1/23/01 Fax to: Robert Georgine from: Joseph Carabillo re: Attached Spreadsheets of Shareholders to be Pro-rated and Under 10,000 Shares | U 018236-018245 |
| 88 | 2/20/01 Letter to: Douglas McCarron from: Robert A. Georgine re: ULLICO's Offer to purchase all 1,000 shares tendered for $146,040.00 | U 027713-027715 |

**Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments**

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 89 | 1/9/01 Letter to: Robert Georgine from: Frank Hurt re: Request to tender 100 shares of Capital Stock | U 027500 |
| 90 | 4/4/01 Letter to: Frank Hurt from: Joseph Carabillo re: Process to tender 100 shares of Capital Stock | U 027505-027507 |
| 91 | 4/10/01 Letter to: Graphic Communications International Union from: Robert A. Georgine re: ULLICO's Offer to Repurchase 1,929 of the 3,857 shares tendered outside the 2000 Repurchase Program at the $146.04 price per share for $281,711.16 | U 038895 |
| 92 | 4/10/01 Letter to: Graphic Communications International Union from: Robert A. Georgine re: ULLICO's Offer to Repurchase 2,573 of the 5,145 shares tendered outside the 2000 Repurchase Program at the $146.04 price per share for $375,760.92 | U 038896 |
| 93 | 1/24/01 Draft Letter to: John Sweeney from: Robert Georgine re: ULLICO's Offer to Repurchase 2,100 of the 80,000 shares tendered outside the 2000 Repurchase Program at the $146.04 price per share | U 012557-012558 |
| 94 | Minutes of the May 7, 2001 Meeting of the Executive Committee of ULLICO, Inc. | U 017269-017272 |
| 95 | Minutes of the May 8, 2001 Meeting of the Board of Directors of ULLICO, Inc. | U 000062-000067 |
| 96 | ULLICO, Inc. Offer to Purchase Dated December 17, 2001 | U 026756-026801 |
| 97 | Robert A. Georgine Employment Agreement and Addendum to Employment Agreement | U 041216-041268 |
| 98 | 2/1/00 Letter to: Robert A. Georgine from: Robert A. Georgine re: Stock Purchase of 40,000 shares of ULLICO Class A Stock | U 005762 |
| 99 | Minutes of the December 27, 1999 Compensation Committee Meeting of ULLICO, Inc. | U 011986-011987 |
| 100 | **Stock Purchase Incentive Compensation Proposal** | U 038443-038445 |

Appendix to the Report of the Special Council
On ULLICO Stock Purchase Offers and Repurchase Programs
and Global Crossing Investments

| Tab Number | Document Description | Bates-Range |
|---|---|---|
| 101 | 10/17/00 Note to: Rick Baltz from: Joseph Carabillo re: Attached Stock Purchase Incentive Compensation Proposal | U 039219-0392231 |
| 102 | 10/17/00 E-mail to: Richard Baltz, Paul Berger, and Carey Smith from: Dennis Lyons re: "Put Right" in the Stock Purchase and Credit Agreement | U 039238 |
| 103 | 10/17/00 E-mail to: Dennis Lyons, Richard Baltz and Paul Berger from: Cary Smith re: Robert Georgine's stock sales since 5/31/00 | U 038451 |
| 104 | Minutes of the October 20, 2000 Compensation Committee Meeting of ULLICO, Inc. | U 012272-012274 |
| 105 | RAG- Employment Agreement Original File | U 006305-06311 |
| 106 | Minutes of the May 5, 1998 Board of Directors of ULLICO, Inc. Meeting | U 000034-000036 |
| 107 | 6/30/98 Letter to: Bill J. Casstevens from: Robert A. Georgine re: 1998 ULLICO, Inc. Stock Repurchase Program for Class A & B ULLICO Stock Only | U 027307-027308 |
| 108 | Notice of Annual Meeting of Stockholders to be held May 5, 1998 with 1998 ULLICO, Inc. Proxy Statement Attached | U 017473-017476 |
| 109 | ULLICO Inc. Non-Qualified Deferred Compensation Plan 1999, 2000 and 2001 Plan Statement of Activity for R. Georgine, J. Carabillo, J. Grelle, and J. Luce | U 048260-048269 |
| 110 | ULLICO Inc. 1998 Annual Report | U 009437-009491 |
| 111 | ULLICO Inc. 1999 Annual Report | U 048342-048401 |
| 112 | ULLICO Inc. 2000 Annual Report | U 048282-048341 |
| 113 | April 24, 1989 Articles of Amendment of Articles of Incorporation to ULLICO Articles of Incorporation | U 030377-030378 |