IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| ULLICO, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:06CV01388 (RJL) |
| BILLY CASSTEVENS, | ) |
| Defendant. | ) |

**DEFENDANT'S PRE-TRIAL STATEMENT**

**Statement of the Case**

See Plaintiff's Pre-Trial Statement.

**Defendant's Defenses**

1. All the ULLICO shares purchased by Defendant and his wife were purchased at book value, were authorized by the ULLICO By-laws and pursuant to valid Resolutions of the Board of Directors, and were proper under Maryland corporate law.

2. All shares sold to ULLICO, Inc. by Defendant and his wife were sold at their book value at the time and the re-purchases by ULLICO were authorized by valid Resolutions of the Board of Directors and were proper under Maryland corporate law.

3. All sales of ULLICO shares were subsequently ratified by a Special Committee of disinterested Directors of ULLICO, Inc. and thereafter by the Board of Directors and were therefore fully legal under Maryland corporate law.

4. Defendant was not "unjustly enriched" when he and his wife sold shares of ULLICO back to the corporation in 2001 at the same price that every other shareholder received and when the Special Committee of disinterested Directors later decided that Defendant had no obligation to return any profits from those sales.

5. Defendant did not owe "fiduciary duties" to ULLICO, Inc. under Maryland law, and therefore did not breach any "fiduciary duty" as alleged by Plaintiff.

6. Defendant did not aid or abet any transgression by any other person.

7. Plaintiff is not the real party in interest for the claims alleged.

8. Plaintiff's claims that purchases of ULLICO shares by Defendant prior to October 27, 2000 were *ultra vires*, and any other claim arising prior to that date, are barred by the statute of limitations.

9. Plaintiff's claims based on the equitable doctrines of unjust enrichment and rescission are barred by laches.

**Defendant's Witnesses**

A. If not called by Plaintiff:

1. Defendant Billy Casstevens.

2. William Bernard, 10912 Cripplegate Road, Potomac, MD 20854.  Mr. Bernard will be called as a fact witness regarding his service on and Resolutions of the Board of Directors of ULLICO including authorized powers of the Chairman.

3. Joseph A. Carabillo, 1543 Beahm Town Road, P.O. Box 43, Culpeper, VA 22701.  Mr. Carabillo will be called as a fact witness regarding ULLICO's Board of Directors' meetings, stock repurchase programs, corporate advisors, and related issues surrounding the stock purchases and sales that are the subject matter of Plaintiff's claims.

4. Robert A. Georgine, 9700 Lake Isleworth Court, Windermere, FL 34786.  Mr. Georgine will be called as a fact witness regarding ULLICO's Board of Directors' meetings, stock repurchase programs, corporate advisors, and related issues surrounding the stock purchases and sales that are the subject matter of Plaintiff's claims.

5. John K. Grelle, 2556 Bridge Hill Lane, Oakton, VA 22124.  Mr. Grelle will be called as a fact witness regarding ULLICO's Board of Directors' meetings, stock repurchase programs, corporate advisors, and related issues surrounding the stock purchases and sales that are the subject matter of Plaintiff's claims.

6. James J. Hanks, Jr., Esq. * -- expert in Maryland corporate law to testify that all purchases and sales of ULLICO shares were not *ultra vires* under Maryland corporate law as set forth in his Affidavit filed with Defendant's Opposition to Plaintiff's Motion For Partial Summary Judgment.

7. John T. Joyce, 276 Harbor Road, Swan's Island, NE.  Mr. Joyce will be called as a fact witness regarding his service on and Resolutions of the Board of Directors of ULLICO including authorized powers of the Chairman and his service on the Special Committee.

    8.    James McNulty, 10002 High Hill Place, Great Falls, VA 22066. Mr. McNulty will be called as a fact witness regarding his service on and Resolutions of the Board of Directors of ULLICO including authorized powers of the Chairman.

B.     Defendant may call the following witnesses if the need arises:

1. Daniel H. Mintz, M.D. – University of Miami, Diabetes Research Institute, 1450 NW 10th Avenue, #R77, Miami, FL 33136. Dr. Mintz will be called as a fact witness regarding his service on ULLICO's Board of Directors and its Special Committee.

2. John T. Dunlop – address to be supplied. Mr. Dunlop will be called as a fact witness regarding his service on ULLICO's Board of Directors and its Special Committee.

3. Lenore Miller – address to be supplied. Mr. Miller will be called as a fact witness regarding his service on ULLICO's Board of Directors and its Special Committee.

4. Any witness identified by Plaintiff in Plaintiff's Pretrial Statement.

**Defendant's Exhibits to be offered in Evidence**

Defendant intends to offer into evidence the following exhibits:

1. March 25, 2003 Report of the Special Committee.
2. March 28, 2003 Board of Directors Meeting Minutes.

Defendant may introduce any of the following into evidence if the need arises:

1. Any exhibit listed in Plaintiff's lists of Exhibits.
2. May 4, 1998 Executive Committee Meeting Minutes.
3. May 17, 1999 Executive Committee Meeting Minutes.
4. Notice of 1999 Annual Meeting of shareholders.
5. July 8, 1999 letter of Robert A. Georgine.
6. November 16, 1999 Offer To Purchase.
7. November 21, 2000 Letter to shareholders.

        Respectfully submitted,

        HOGAN & HEALD

        By:    /s/ Thomas M. Hogan, Esquire
                Thomas M. Hogan, Esquire
                DC Bar No. 104950
                HOGAN & HEALD
                11130 Fairfax Blvd., Suite 310
                Fairfax, VA 22030
                (703) 591-0003
                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Pre-Trial Statement was served electronically on this 18th day of July, 2007 to:

Victor Tabak, Esquire
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
(DC Bar # 480333)
*Attorneys for Plaintiff*

        /s/ Thomas M. Hogan, Esquire
        Thomas M. Hogan, Esquire