IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Civil Division

| | | |
|---|---|---|
| ULLICO, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1:06CV01388 (RJL) |
| BILLY CASSTEVENS, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF ENTRY OF APPEARANCE, AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Roger W. Heald, Esquire, of Hogan & Heald as attorney for Defendant, Billy Casstevens, and withdraw the appearance of Thomas M. Hogan, Esquire.

HOGAN & HEALD

By:  /s/ Roger W. Heald, Esquire
Roger W. Heald, Esquire
DC Bar No. 227645
HOGAN & HEALD
11130 Fairfax Blvd., Suite 310
Fairfax, VA 22030
rheald@hoganheald.com
(703) 591-0003
*Attorney for Defendant*

HOGAN & HEALD

By:  /s/ Thomas M. Hogan, Esquire
Thomas M. Hogan, Esquire
DC Bar No. 104950
HOGAN & HEALD
11130 Fairfax Blvd., Suite 310
Fairfax, VA 22030
thogan@hoganheald.com
(703) 591-0003

LAW OFFICES
HOGAN & HEALD
11130 FAIRFAX BOULEVARD
SUITE 310
FAIRFAX, VIRGINIA 22030
(703) 591-0003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice was served electronically on this 29th day of May 2008 to:

Brian Andrew Hill, Esquire
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, NW, Suite 900
Washington, DC 20005-5701
Tel. (202) 626-5800
Fax. (202) 628-0858
DC Bar # 480333
*Attorneys for Plaintiff*

/s/ Thomas M. Hogan, Esquire
Thomas M. Hogan, Esquire

Law Offices
HOGAN & HEALD
11130 Fairfax Boulevard
Suite 310
Fairfax, Virginia 22030
(703) 591-0003